ORIGINAL

07-827 C

RCFC 40.2 Notice of Directly Related Case

Pixl, Inc, a Woman and Minority owned business, has brought its civil rights complaint of December 21, 2006 that was accepted by the Office of Civil Rights, U.S. Department of Agriculture, to Federal District Court in the District of Columbia before Judge Latham, in Pixl, Inc. v. Mike Johanns, Secretary of United States Department of Agriculture

David B. Nolan, Esq.

FILED
NOV 21 2007
U.S. COURT OF FEDERAL CLAIMS