ORIGINAL

07-827 C

RCFC 7.1 Corporate Disclosure Statement

Pixl Inc., a Woman and Minority owned business, is a Virginia Corporation that is owned 75% by Archana Sagar and 25% by Ajay Sagar. The corporation has no parent, sister or subsidiary corporations.

Ajay Sagar, Corporate Vice President

FILED
NOV 2 1 2007
U.S. COURT OF FEDERAL CLAIMS