**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PIXL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07-827C |
| v. | ) | (Judge Firestone) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 14 days, to and including February 5, 2008, within which to reply to plaintiff's complaint. Defendant's answer is currently due on January 22, 2008. This is our first request for an enlargement of time for this purpose. Government counsel has been unable to reach plaintiff's counsel regarding this motion.

An enlargement of time is necessary to permit completion of the requisite coordination with the Department of Agriculture ("Agriculture"). Government counsel learned today that agency counsel is currently out of the office due to health reasons and does not expect to return until January 16, 2008. Agency counsel also informed the undersigned counsel today that he will not be able to complete a litigation report this week, as originally expected. Based on this delay as well as Government counsel's other obligations, as explained below, we expect that a 14-day extension of time, through and including February 5, 2008, will provide us with sufficient time to complete and submit our answer.

Counsel is currently working on several matters before this Court, the United States Court of International Trade, and the United States Court of Appeals for the Federal Circuit, which have required counsel's attention and make this request for an enlargement necessary. These matters include (1) Home Products International, Inc. v. United States, No. 07-00123

(CIT), in which the Government's response brief was due on January 8, 2008; (2) Brickwood Contractors, Inc. v. United States, No. 06-695 (Fed. Cl.), in which a status conference is scheduled for January 16, 2008; (3) Foster v. Department of Defense, No. 07-3264 (Fed. Cir.), in which the Government's response brief was due on January 14, 2008; (4) United States v. World Commodities Equipment Corp., No. 07-00263 (CIT), in which the Government's reply brief is due on January 23, 2008; and (6) City Line Joint Venture v. United States, No. 96-738 (Fed. Cl.), in which the Government's response brief is due on February 1, 2008.

For the foregoing reasons, we respectfully request the Court to grant our motion for an enlargement of time of 14 days.

Respectfully submitted,

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Sean M. Dunn
SEAN DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit

1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0883
Fax: (202) 353-7988

Attorneys for Defendant

January 14, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 14th day of January, 2008, a copy of the foregoing "Defendant's Unopposed For An Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn