# In the United States Court of Federal Claims

**NOTICE**

**PIXL**

**No. 07-827C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C.,**

To Attorney of Record, Assistant Attorney General, and Judge :

Please take notice that in the above case there has been entered this day on the defendant's motion, filed 1/14/2008, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

John S. Buckley
ACTING CLERK OF COURT