# EXHIBIT 1

SOLICITATION, OFFER AND AWARD

1. This contract is a rated order under DPAS (15 CFR 700) RATING:

| | |
|---|---|
| 2. CONTRACT NO. | 3. SOLICITATION NO.<br>WO-00-01 |

4. TYPE OF SOLICITATION

[ ] SEALED BID (IFB) [X] NEGOTIATED (RFP)

| | |
|---|---|
| 5. DATE ISSUED<br>11/29/99 | 6. REQUISITION/PURCHASE NO.<br>6300-4 |
| 7. ISSUED BY CODE: 3187<br>USDA, FOREST SERVICE<br>ACQUISITION MANAGEMENT<br>PO BOX 96090, ROOM 707, RP-E<br>WASHINGTON, DC 20090-6090 | 8. ADDRESS OFFER TO<br>(If other than Item 7) |

NOTE: In sealed bid solicitations, "offer" and "offeror" mean "bid" and "bidder".

SOLICITATION

9. Sealed offers in original and 2 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in , until 4:00 pm local time on December 3, 1999.

CAUTION--LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| | | |
|---|---|---|
| 10. FOR INFORMA-TION CALL: | A. NAME:<br>Infra Project | B. TELEPHONE NO.<br>(Include Area Code)<br>(NO COLLECT CALLS)<br>205-1409 |
| C. E-MAIL ADDRESS<br>roberta.buskirk/wo@fs.fed.us | | |

EXCEPTION TO STANDARD FORM 33 (REV.9-97) Prescribed by GSA FAR (48 CFR 53.214(c)

SOLICITATION, OFFER AND AWARD

11. TABLE OF CONTENTS


| X | SEC | DESCRIPTION | PAGE(S) |
|---|---|---|---|
| | | PART I - THE SCHEDULE | |
| | A | SOLICITATION/CONTRACT FORM | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | |
| | C | DESCRIPTION/SPECIFICATIONS/WORK STATEMENT | |
| | D | PACKAGING AND MARKING | |
| | E | INSPECTION AND ACCEPTANCE | |
| | F | DELIVERIES OR PERFORMANCE | |
| | G | CONTRACT ADMINISTRATION DATA | |
| | H | SPECIAL CONTRACT REQUIREMENTS | |
| | | PART II - CONTRACT CLAUSES | |
| | I | CONTRACT CLAUSES | |
| | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACHMENTS | |
| | J | LIST OF ATTACHMENTS | |
| | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | L | INSTRUCTIONS, CONDITIONS, AND NOTICES TO OFFERORS | |
| | M | EVALUATION FACTORS FOR AWARD | |


OFFER (Must be fully completed by offeror)

NOTE: Item 12 does not apply if the solicitation includes the provision at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within _______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52.232-8)

| 10 CALENDAR DAYS | 20 CALENDAR DAYS | 30 CALENDAR DAYS | ___ CALENDAR DAYS |
|---|---|---|---|
| ____________% | ____________% | ____________% | ____________% |

14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated:

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

EXCEPTION TO STANDARD FORM 33 (REV. 9-97)

SOLICITATION, OFFER AND AWARD

| | | |
|---|---|---|
| 15A. NAME AND ADDRESS OF OFFEROR | CODE _____ FACILITY _____<br>Pixl Inc.<br>P.O. Box 230505<br>Centreville VA 20120 | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN (Type or Print)<br>AJAY SAGAR, VICE PRESIDENT |
| 15B. TELEPHONE NO. (Include Area Code)<br>(703) 288-1930. | | 17. SIGNATURE<br>Ajay Sagar |
| 15C. [ ] CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE | | 18. OFFER DATE<br>12/2/99 |

AWARD (To be completed by Government)

| | | |
|---|---|---|
| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:

[ ] 10 U.S.C. 2304(c)( ) [X] 41 U.S.C. 253(c)(5)

| | |
|---|---|
| 23. SUBMIT INVOICES TO ADDRESS SHOWN IN --> (2 Copies unless otherwise specified) | ITEM Block 7 |
| 24. ADMINISTERED BY CODE _____ (If other than Item 7)<br>USDA, FOREST SERVICE<br>ACQUISITION MANAGEMENT<br>PO BOX 96090, ROOM 707, RP-E<br>WASHINGTON, DC 20090-6090 | 25. PAYMENT WILL BE MADE BY CODE _____<br>USDA, FOREST SERVICE<br>ACQUISITION MANAGEMENT<br>PO BOX 96090, ROOM 707, RP-E<br>WASHINGTON, DC 20090-6090 |

| | | |
|---|---|---|
| 26. NAME OF CONTRACTING OFFICER<br>Roberta R. Buskirk<br>(Type or Print) | 27. UNITED STATE OF AMERICA<br>Roberta R Buskirk<br>Signature of Contracting Officer | 28. AWARD DATE<br>12/2/99 |

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

EXCEPTION TO STANDARD FORM 33

PART I - THE SCHEDULE

SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

B.1 AGAR 452.216-73 MINIMUM AND MAXIMUM CONTRACT AMOUNTS (FEB 1988)

During the period specified in FAR clause 52.216-18, ORDERING, the Government shall place orders totaling a minimum of no minimum, but not in excess of $1,000,000.

B.2 AGAR 452.216-74 CEILING PRICE (FEB 1988)

The ceiling price of this contract is $_______. The Contractor shall not make expenditures or incur obligations in the performance of this contract which exceed the ceiling price specified herein, except at the Contractor's own risk.

SECTION C - DESCRIPTION/SPECIFICATIONS/WORK STATEMENT

STATEMENT OF WORK
FOR
USFS INFRASTRUCTURE PROJECT MIGRATION

1.0 OVERVIEW AND SCOPE

1.1 Overview. The United States Department of Agriculture Forest Service (USFS) has invested over $6.0 million toward the completion of the Infrastructure Integrated Information System migration project. The goal of this project is to develop, implement, maintain, and engineer applications to enable the migration of USFS automated management information systems from legacy mainframe, microprocessor and data base environments to a client-server POSIX environment with over 900 client sites. The migration project is led by a development team which responds to tasking from the USFS business program area manager. It is required to ensure that all essential capabilities provided by legacy systems are maintained until the migration to the goal architecture is complete. The project is focused on these areas:

* Infrastructure Inventory Records
* Real Property Control and Management
* Capital Asset Accounting
* Permit and Contract Administration
* Developed Site/Recreation Use Tracking
* Travel Management

1.2 Scope. The USFS development team requires contractor assistance in continuing the design, beta testing, and USFS-wide implementation of the IBM-based RISC 6000 goal architecture. Technical assistance is required in the preparation and assessment of entity relationship modeling, model and form reconciliation, model stewardship, and coordination among members of USFS development teams. Additional assistance is required in the operation, maintenance, and technical enhancement of the existing Data General-based legacy system due to heavy reliance placed on it throughout the USFS for resource management and execution of routine business processes. This statement of work (SOW) solicits engineering services in these critical project areas to support the USFS Program Manager directly and development teams as required.

2.0 APPLICABLE DOCUMENTS AND DATA. None

3.0 MIGRATION ASSISTANCE. Contractor support will be focused in business process and technical areas and will be complemented by extensive liaison with USFS business area managers in the fields of real property, trails and roads, wilderness land management, facilities management, and other special use requirements to ensure the availability of data and automated services throughout the migration process. Technical expertise is required in:

* The selection and utilization of data modeling tools to perform entity relationship modeling, model reconciliation with other USFS development projects, assignment of data and data model stewardship, and coordination of design efforts among various USFS entities.
* The utilization of Oracle data base tools for forms development and maintenance, reports development and maintenance, data migration support, SQL scripts, and other programming efforts as assigned.

* The development of geographic information systems (GIS) and engineering of component applications for business processes and data related to facilities, travel routes, and other real property information to ensure that GIS functionality is fully integrated into the migration goal architecture.
* Provide support to the completion of migration goal architecture beta testing and fielding as requested by the Infrastructure Migration Program Manager.
* The operation, maintenance, and technical enhancement of the existing Data General mainframe automated information system
* The creation, maintenance, and reproduction of all briefing and presentation materials normally associated with the facilitation of conferences and management of project schedules, budget, and personnel data bases.
* Perform other tasks as may be directed by the Infrastructure Migration Program Manager; such as, assisting in quality assurance tests, Beta tests, data warehousing and web enabling technology.

4.0 Points of Contact

4.1 Contracting Officer

Roberta Buskirk
USDA, Forest Service
Acquisition Management
PO Box 96090, Room 707, RPE
Washington, DC 20090-6090
(703) 605-4823

4.2 Contracting Officer's Technical Representative

Mr. Tah Yang
USDA/US Forest Service
Recreation Staff
PO Box 96090
Washington, DC 20090-6090
(202) 205-1409

Period of Performance: The Base Period of Performance will be from the date of award until September 30, 2000. Option Period One is from October 1, 2000 through September 30, 2001. Option Period Two is from October 1, 2001 through September 30, 2002. The government, at its option may renew this contract as needed.

Government Furnished Equipment: The Government will provide contractor personnel with electronic access to the IBM RS/6000 computing environments for the purpose of information exchange relevant to application implementation activities.

Other Direct Charges (ODC): ODC will be authorized for travel under this contract. Any and all travel must have prior approval from the Contracting Officer's Technical Representative and must comply with Federal Travel Regulations.

# EXHIBIT 2

United States Department of Agriculture | Forest Service | Washington Office | 14th & Independence SW
P. O. Box 96090
Washington, DC 20090-6090

**File Code:** 6320

**Date:** October 27, 1999

U.S. Small Business Administration
Attn: Pamela Hale
Business Opportunity Specialist
Washington District Office
1110 Vermont Avenue, SW, 9th Floor
Washington, DC 20043

Dear Ms. Hale:

Pursuant to Section 8(a) of the Small Business Act and in accordance with Federal Acquisition Regulations, the USDA Forest Service requests approval to enter into a contract with the U.S. Small Business Administration utilizing approved 8(a) subcontractor, Pixel Inc., 8245 Boone Blvd., Suite 200, Vienna, VA 22182.

This procurement action is for acquiring technology engineering and technical assistance services in support of the Forest Service's Infrastructure project. This is an on-going nation-wide project which will provide an integrated information environment for the management of Forest Service land, the constructed features on it, and the permits and contracts that alter it. The principle objectives of the program are to comply with the Information Management Framework principles to record data once for use by many, and to capture data as a routine part of doing business. It also seeks to provide a means whereby performance measures can be assigned and tracked to ensure accountability. The contractor shall provide individuals with the necessary qualifications and experience requested on an as-needed basis.

The period of performance for this contract will be a base period of one year with two option periods of one year each. The estimated value of the base contract is $1,000,000. Total estimated cost for the project is $3,000,000. The resultant contract will be firm fixed price. The SIC code applicable to this project is 7371, Computer Programming Services. This requirement has not been synopsized or otherwise announced to the public.

If you have any questions, please call me on (703) 605-4823.

ROBERTA R. BUSKIRK
Contracting Officer
Acquisition Management

U.S. Small Business Administration

SBA

# Fax Transmission Cover Sheet

*The U.S. Small Business Administration offers opportunities for all Americans to start, build and grow their own businesses in the 21st century.*

**To:** Roberta Buskirk

Organization: U.S. Dept of Agriculture

Phone: Fax: 703-605-5100

Date: Time:

Number of Pages (including this page):

**From:** Pam Hale

Office: SBA

Phone: Fax:

**Message:**

Please see the attached acceptance letter for Pixl Inc. on Requirement # 0353-00-00392

Note: Be aware fax machines using thermal paper produce an unstable image which will deteriorate. Copy messages onto plain paper prior to filing as a record!

## *Did you know that in fiscal year 1998 the SBA –*

- maintained a guaranteed loan portfolio of more than $40 billion in loans to 491,000 small businesses that otherwise would not have had such access to capital?
- backed over 47,100 loans totaling a record $10.8 billion to America's small businesses?
- made a record 3,456 investments worth $3.24 billion through its venture capital program?
- provided more than 30,000 loans totaling more than $728 million to disaster victims for residential, personal-property and business loans?
- extended management and technical assistance to nearly 830,000 small businesses through its 12,400 Service Corps of Retired Executives volunteers and 1,000 small business development center locations?
- helped 6,000 small disadvantaged businesses obtain $5.9 billion in federal contracts?

## *Did you know that America's 23 million small businesses –*

- employ more than 50 percent of the private workforce,
- generate more than half of the nation's gross domestic product, and
- are the principal source of new jobs?

**Call us at 1-800 U ASK SBA or visit our website at www.sba.gov**

CONFIDENTIALITY NOTE: The information contained in this facsimile transmittal sheet and the document(s) that follow are for the exclusive use of the addressee and may contain information protected by the Privacy Act, 5 U.S.C. 552a, or otherwise confidential, privileged, or non-disclosable information. If the recipient of this facsimile is not the addressee or is not the person responsible for delivering this facsimile to the addressee, the recipient may violate the law by reading, photocopying, distributing or otherwise using this facsimile transmission or its contents in any way. If the recipient has received this facsimile transmission in error, call the sending office immediately.

SBA Form 959 (04/99) Previous editions obsolete

Federal Recycling Program Printed on Recycled Paper

**U. S. SMALL BUSINESS ADMINISTRATION**
WASHINGTON DISTRICT OFFICE
1110 VERMONT AVE NW, 9th Floor
WASHINGTON, DC 20043-4500
202-606-4000 • 202-606-4225 (FAX) • 202-606-4240 (TDD)

NOV 18 1999

Ms. Roberta R. Buskirk
U.S. Department of Agriculture
Acquisition Management
14th & Independence, SW
P.O. Box 96090
Washington, DC 20090-6090

**REFERENCE:** WDO Requirement No. **0353-00-000392**

Dear Ms. Buskirk:

Pursuant to Section 8(a) of the Small Business Act [15 U.S.C. 637(a)], and the Memorandum of Understanding for Streamlined 8(a) Contracting; the U.S. Small Business Administration (SBA), Washington District Office, accepts your offering for **"Acquiring technology engineering and technical assistance services"** with SIC Code 7371 on behalf of:

**Pixl, Inc.**
**8245 Boon Boulevard, Suite 200**
**Vienna, VA 22182**

The estimated value of this procurement will be **$3,000,000.00**, inclusive of all options.

Our preliminary analysis indicates that this requirement is suitable for 8(a) contracting, and that **Pixl, Inc.**, an 8(a) Participant, has the requisite capabilities to satisfactorily perform the work.

A determination has been made that acceptance of this procurement will cause no adverse impact on another small business concern.

You are authorized to negotiate and contract directly with the 8(a) Participant; however, SBA reserves the right to be present at an Agency's negotiations with the 8(a) Participant. **You are required to execute and distribute one copy of the contact award package to our office within 10 days of final signature. Please reference SBA Acceptance No. 0353-00-000392.**

The servicing SBA District Office, shall upon request, be available to assist the program participant in contract administration. This office will also perform on-site contract surveillance reviews, if necessary, to ensure compliance, identify problems and recommend corrective actions.

Questions relative to contract information may be directed to the undersigned at (202)606-4000, extension 232 or via E-mail to WDOMED@SBA.GOV.

Sincerely,

Virginia B. Graham

Virginia Bellamy-Graham
Supervisory Contract Specialist
8(a) Business Development

# EXHIBIT 3

FOR AGENCY USE ONLY
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-03-2

UNITED STATES DEPARTMENT [OF A]GRICULTURE
PURCHASE ORDE[R]

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 1 OF 3 | 3187 | 53-3187-0-02 | 18-DEC-2002 | GX | 01 | TX | 43-3187-3-0395 | |

TYPE PURCHASE: DELIVERY
FORM 1099: Y
TAXPAYER'S IDENT. NO: 54-1703062

← parent contract for 10/01/2002-09/30/2003

TO
PIXL INC.
CRESTAR BANK
7818 PARHAM RD
FFIS VID NUMBER:
RICHMOND VA US 23294
PHONE: 703-288-1930 EXT:
FAX: 703-288-1931 EXT:
EMAIL ADDRESS: officer@pixlinc.com

SHIP TO

CONSIGNEE
USDA FOREST SERVICE,
Attn: Tah Yang
P.O. BOX 96090
WASHINGTON DC US 20090-6090
PHONE: 703-605-4778 EXT:
FAX: EXT:

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01 | | Sr System Analyst III, #PIXL-00-4, (SBross,M.Amir 1668ea)<br><br>Renewal Period of Performance 10/1/2002 thru 30 Sept 2003<br>(Current TechApproval allow performance thru 4/30/2003) | 2540 | 01 | 3,336.000 | h | 143.0000 | $477,048.00 |
| 02 | | Info System Analyst I, PIXL-00-12 (S.Munir) | 2540 | 01 | 1,668.000 | h | 64.0000 | $106,752.00 |
| 03 | | System Analyst II, #PIXL-00-6 (T.Grant) | 2540 | 01 | 1,668.000 | h | 109.0000 | $181,812.00 |
| 04 | | Project Manager, #PIXL-00-7, (A.Sagar) | 2540 | 01 | 288.000 | h | 103.0000 | $29,664.00 |
| 05 | | Staff Engineer, # PIXL-00-8, (WT.Burtt) | 2540 | 01 | 1,668.000 | h | 107.0000 | $178,476.00 |
| 06 | | DataBase Admin I, #PIXL-00-32, (S.ShuShen) | 2540 | 01 | 1,668.000 | h | 57.0000 | $95,076.00 |
| 07 | | Systems Integration Spec. #PIXL00-30, T.Himonas | 2540 | 01 | 1,668.000 | h | 147.0000 | $245,196.00 |
| 08 | | Doc/Trng Specialist,#IXL-00-37 (J.Cowles) | 2540 | 01 | 1,668.000 | h | 71.5000 | $119,262.00 |

FOB POINT: DESTINATION
DISCOUNT AND/OR NET PAYMENT TERMS: DAYS DAYS DAYS NET
TYPE COMMODITY/PAYMENT CODE: 0
Sub-Total: $1,788,550.00
REQUIRED DELIVERY DATE: 30-SEP-2003
SHIP VIA:
ESTIMATED FREIGHT:
TOTAL: $1,788,550.00

ACCOUNTING CLASSIFICATION

| ACC LINE | A | B | C | D | E | DIST % | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | | Override: | TX24 | | NFIM30 | 00 | $1,788,550.00 |

ISSUING OFFICE
USDA FOREST SERVICE,
P.O. BOX 96090
WASHINGTON DC 20090-6090
PHONE 703-605-4778 EXT:
FAX: EXT:

ORDERED BY (NAME AND TITLE)
Vivian Mcpherson
CONTRACTING OFFICER
PHONE 703-605-4567 EXT:
FAX: 703-605-5100 EXT

PRINTED BY OPS$VMCPHERS
AUTHORIZED SIGNATURE

PTS VERSION(08/1000) NFC/FILE COPY 20-AUG-2001

FOR AGENCY USE ONLY
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-03-2

UNITED STATES DEPARTMENT AGRICULTURE
PURCHASE ORDER

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 2 OF 3 | 3187 | 53-3187-0-02 | 18-DEC-2002 | GK | 01 | TX | 43-3187-3-0395 | |

| TYPE PURCHASE | FORM 1099 | TAXPAYER'S IDENT. NO. |
|---|---|---|
| DELIVERY | Y | 54-1703062 |

TO:
PIXL INC.
CRESTAR BANK
7818 PARHAM RD
FFIS VID NUMBER:
RICHMOND VA US 23294
PHONE: 703-288-1930 EXT:
FAX: 703-288-1931 EXT:
EMAIL ADDRESS officer@pixlinc.com

SHIP TO

CONSIGNEE
USDA FOREST SERVICE,
Attn: Tsh Yang
P.O. BOX 96090
WASHINGTON DC US 20090-6090
PHONE: 703-605-4778 EXT:
FAX: EXT:

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09 | | SysAdmin & DBA, #PIXL-00-33 (G.Patrake) | 2540 | 01 | 1,668.000 | h | 131.0000 | $218,508.00 |
| 10 | | MidLevel OperSuptSpec, #PIXL-00-40, (A.Akule) | 2540 | 01 | 1,668.000 | h | 67.0000 | $111,756.00 |
| 11 | | Travel, Authorized by Program Manager, to be in accordance with Federal Travel Regulations (FTR) | 2570 | 01 | 1.000 | LS | 10,000.0000 | $10,000.00 |
| 12 | | ODC's<br><br>Contractor's proposal rates dtd 11/23/2003 are accepted and incorporated. | 2570 | 01 | 1.000 | LS | 15,000.0000 | $15,000.00 |

NON-NEGOTIABLE

| FOB POINT | DISCOUNT AND/OR NET PAYMENT TERMS | TYPE COMMODITY/ PAYMENT CODE | Sub-Total | $1,788,550.00 |
|---|---|---|---|---|
| DESTINATION | DAYS DAYS DAYS NET | 0 | | |
| REQUIRED DELIVERY DATE: 30-SEP-2003 | SHIP VIA | ESTIMATED FREIGHT | TOTAL | $1,788,550.00 |

ACCOUNTING CLASSIFICATION

| ACC LINE | A | B | C | D | E | DIST. % | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ISSUING OFFICE
USDA FOREST SERVICE,
P.O. BOX 96090
WASHINGTON DC 20090-6090
PHONE 703-605-4778 EXT:
FAX EXT:

ORDERED BY (NAME AND TITLE)
Vivian Mcpherson
CONTRACTING OFFICER
PHONE: 703-605-4567 EXT:
FAX: 703-605-5100 EXT:

PRINTED BY OPSSVMCPHERS

AUTHORIZED SIGNATURE

 ORDER NUMBER 43-3187-3-0395 SUB

RECEIPTOR NOTES

REMIT ADDRESS

VID: 541703062 B
PIXL INC
P O BOX 230505

CENTREVILLE VA 20120
7032881930

NON-NEGOTIABLE

01/31/2008 07:57 7036055100 AQM PAGE 05

FOR AGENCY USE ONLY
INFRA-03-2

UNITED STATES DEPARTM OF AGRICULTURE
PURCHASE O R

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 1 OF 3 | 3187 | 53-3187-0-02 | 11-AUG-2003 | GK | 01 | TX | 43-3187-3-0395 | 06 |

TYPE PURCHASE: DELIVERY

FORM 1099: Y

TAXPAYER'S IDENT. NO.: 54-1703062

TO:
PIXL INC.
CRESTAR BANK
7818 PARHAM RD
FFIS VID NUMBER:
RICHMOND VA US 23294
PHONE: 703-288-1930 EXT:
FAX: 703-288-1931 EXT:
EMAIL-ADDRESS officer@pixlinc.com

SHIP TO

CONSIGNEE
USDA Forest Service

Attn: Tah Yang
1621 N. Kent Street
Rm. 800 RPE
Arlington VA US 22209
PHONE: (703) 605-4637 EXT:
FAX: EXT:

mod sec item Line 15

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | VENDOR NOTES | | | | | | |
| 01 | | Sr System Analyst III, #PIXL-00-4, (SBrose,M.Amir 1668ea) Renewal Period of Performance 10/1/2002 thru 30 Sept 2003 (Current TechApproval allow performance thru 4/30/2003) | 2540 | 01 | 834.000 | h | $143.0000 | $119,262.00 |
| 02 | | Info System Analyst I, PIXL-00-12 (S.Munir) | 2540 | 01 | 834.000 | h | $64.0000 | $53,376.00 |
| 03 | | System Analyst II,#PIXL-00-6 (T.Grant) | 2540 | 01 | 834.000 | h | $109.0000 | $90,906.00 |
| 04 | | Project Manager, #PIXL-00-7, (A.Sagar) | 2540 | 01 | 144.000 | h | $103.0000 | $14,832.00 |
| 05 | | Staff Engineer, # PIXL-00-8, (WT.Burtt) | 2540 | 01 | 834.000 | h | $107.0000 | $89,238.00 |
| 06 | | DataBase Admin I, #PIXL-00-32, (S.ShuShen) | 2540 | 01 | 834.000 | h | $57.0000 | $47,538.00 |
| 07 | | Systems Integration Spec, #PIXL00-30, T.Himonas | 2540 | 01 | 834.000 | h | $147.0000 | $122,598.00 |
| 08 | | Doc/Trng Specialist,#IXL-00-37 (J.Cowles) | 2540 | 01 | 834.000 | h | $71.5000 | $59,631.00 |
| 09 | | SysAdmin & DBA, #PIXL-00-33 (G.Patrake) | 2540 | 01 | 834.000 | h | $131.0000 | $109,254.00 |

FOB POINT: DESTINATION

DISCOUNT AND/OR NET PAYMENT TERMS: DAYS DAYS DAYS NET

TYPE COMMODITY/PAYMENT: O

Sub-Total: $2,617,901.00

REQUIRED DELIVERY DATE: 30-DEC-2003

SHIP VIA

ESTIMATED FREIGHT

TOTAL: $2,617,901.00

ACCOUNTING CLASSIFICATION

| ACC | A | B | C | D | E | DIST. % | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | | Override: | TX24 | 2 | NFIM30H | 00 | $1,987,513.00 |
| 02 | | Override: | TX24 | 2 | NFEXA5H | 00 | $503,388.00 |
| 03 | | Override: | TX24 | 2 | NFLM26H | 00 | $27,000.00 |
| 04 | | Override: | TX24 | 2 | NFTM21H | 00 | $100,000.00 |

ISSUING OFFICE
USDA Forest Service
1621 N. Kent Street
Rm. 800 RPE
Arlington VA 22209
PHONE: (703) 605-4637 EXT:
FAX: EXT:

ORDERED BY (NAME AND TITLE)
Vivian Mcpherson
CONTRACTING OFFICER

PHONE: 703-605-4567 EXT:
FAX: 703-605-5100 EXT:

PRINTED BY OPSSVMCPHERS

AUTHORIZED SIGNATURE

PTS VERSION(08/1999) NFC/FILE COPY 11-AUG-2003

FOR AGENCY USE ONLY
INFRA-03-2

UNITED STATES DEPARTM' OF AGRICULTURE
PURCHASE C A

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 2 OF 3 | 3187 | 53-3187-0-02 | 11-AUG-2003 | GK | 01 | TX | 43-3187-3-0395 | 06 |

TYPE PURCHASE: DELIVERY
FORM 1099: Y
TAXPAYER'S IDENT. NO.: 54-1703062

TO:
PIXL INC.
CRESTAR BANK
7818 PARHAM RD
FFIS VID NUMBER:
RICHMOND VA US 23294
PHONE: 703-288-1930 EXT:
FAX: 703-288-1931 EXT:
EMAIL-ADDRESS officer@pixlinc.com

SHIP TO

CONSIGNEE
USDA Forest Service
Attn: Tah Yang
1621 N. Kent Street
Rm. 800 RPE
Arlington VA US 22209
PHONE: (703) 605-4637 EXT:
FAX: EXT:

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | | MidLevel OperSuptSpec, #PIXL-00-40. (A.Akula) | 2540 | 01 | 834.000 | h | $67.0000 | $55,878.00 |
| 11 | | Authorized by Program Manager, to be in accordance with Federal Travel Regulations (PTR) | 2570 | 01 | 1.000 | LS | $10,000.0000 | $10,000.00 |
| 12 | | ODC's | 2570 | 01 | 1.000 | LS | $15,000.0000 | $15,000.00 |
| | | Contractor's proposal rates dtd 11/23/2003 are accepted and incorporated. | | | | | | |
| 13 | | ADDITIONAL FUNDS | 2570 | 01 | 1.000 | LS | $900,000.0000 | $900,000.00 |
| 14 | | ADDITIONAL FUNDS | 2570 | 01 | 1.000 | LS | $300,000.0000 | $300,000.00 |
| | | Total additional funds ($1.2Mil) had to be added in two separate line items since system will not accept amt > $999 | | | | | | |
| 15 | → | ADDITIONAL FUNDS TO COVER CONTINUED PERFORMANCE through 12/30/2003 ← | 2570 | 02 | 1.000 | LS | $503,388.0000 | $503,388.00 |
| 16 | | Additional funds for Lands Project | 2570 | 03 | 1.000 | LS | $27,000.0000 | $27,000.00 |
| 17 | | Add funds in amt $100K per Program Office | 2570 | 04 | 1.000 | LS | $100,000.0000 | $100,000.00 |

FOB POINT: DESTINATION
DISCOUNT AND/OR NET PAYMENT TERMS: DAYS DAYS DAYS NET
TYPE COMMODITY/PAYMENT: 0
Sub-Total: $2,617,901.00
REQUIRED DELIVERY DATE: 30-DEC-2003
SHIP VIA
ESTIMATED FREIGHT
TOTAL: $2,617,901.00

ACCOUNTING CLASSIFICATION

| ACC | A | B | C | D | E | DIST. % | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

ISSUING OFFICE
USDA Forest Service
1621 N. Kent Street
Rm. 800 RPE
Arlington VA 22209
PHONE: (703) 605-4637 EXT:
FAX: EXT:

ORDERED BY (NAME AND TITLE)
Vivian Mcpherson
CONTRACTING OFFICER
PHONE: 703-605-4567 EXT:
FAX: 703-605-5100 EXT:

PRINTED BY OPS$VMCPHERS
AUTHORIZED SIGNATURE

PURCHASING NOTES

RECEIPTOR NOTES

REMIT ADDRESS

VID: 541703062 B
PIXL INC
P O BOX 230505

CENTREVILLE VA 20120
7032881930

# EXHIBIT 4

United States Department of Agriculture | Forest Service | Washington Office | 14th & Independence SW
P.O. Box 96090
Washington, DC 20090-6090

**File Code:** 6320-1

**Date:** 28 April 2004

**Subject** Contract Award
INFRA PROJECT

**To:** PIXL Inc
10565 Lee Highway, Suite 302
Fairfax, VA 22030

Congratulations! Your proposal dated 3/22/2004 in response to RFP WO-04-09VM is accepted. Award of Task Order number 43-3187-4-1017 in the amount of $998,000, written against 8(a) contract number 53-3187-4-6006, is made to you for performance beginning 01 May 2004 thru 30 Sept 2004, as the base year, with two option years (ending 30 Sep 2007). Please refer to this Order number in all correspondence. A signed copy of the agreement will be mailed to your shortly.

Mr. Tah Yang is the designated Contracting Officer Representative. He can be reached at (703)-605-4571 or email address tyang@fs.fed.us to respond to your technical questions. All contractual questions are to be addressed through Acquisition Management Office (AQM).

You are encouraged to contact our National Finance Center (NFC) to ensure that your company is enrolled in vendor Express for EFT payments with the USDA Forest Service. An SF 3881 is being provided. You can contact the Miscellaneous Payment section at NFC by dialing 1(800)-421-0323; to ensure your banking information is correctly set up. Once you have ensured that a valid vendor record has been established, please notify this office. For prompt payment, please forward all invoices to the program office. Payments will be made by Forest Service Financial Management Services. Also, make sure that your company information is updated in Central Contractor Registration (CCR) database. That website is www.ccr.gov.

If you have any questions during performance of this contract that cannot be handled by Mr. Yang, please contact me at (703) 605-4567 or email address vmcpherson@fs.fed.us

/S/

VIVIAN MCPHERSON
Contracting Officer

# EXHIBIT 5

FOR AGENCY USE ONLY
INFRA-04-25

UNITED STATES DEPARTMENT OF AGRICULTURE
PURCHASE ORDER

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 1 OF 5 | 3187 | 53-3187-4-6006 | 24-MAY-2005 | GH | 24 | TX | 43-3187-4-1017 | 05 |

| TYPE PURCHASE | FORM 1099 | TAXPAYER'S IDENT. NO. |
|---|---|---|
| DELIVERY | Y | 54-1703062 |

**TO:**
PIXL
10201 LEE HIGHWAY

**FFIS VID NUMBER:**
FAIRFAX VA US 22030
**PHONE:** 703-288-1930 **EXT:**
**FAX:** 703-288-1931 **EXT:**
**EMAIL-ADDRESS**

**SHIP TO**

**CONSIGNEE**
USDA Forest Service

P.O. BOX 96090
1621 N. Kent St Rm 707- Arlington, VA 22209
WASHINGTON DC US 20090-6090
PHONE: 703-605-4778 EXT:
FAX: EXT:

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|

VENDOR NOTES
Sub05
The purpose of this modification is to include the Option Year Verbage pending notification to the vendor whether the Government intends to exercise the Optional Periods.

Option Year III, Period of Performance: 10/01/06 - 09/30/07.
Option Year IV, Period of Performance: 10/01/07 - 09/30/08.

Sub05,
Option Year 3, Period of Performance: 10/01/06 - 09/30/07.
Option Year 4, Period of Performance: 10/01/07 - 09/30/08.

The purpose of this modification is to deobligate funds from line item 6.
1. As a result of this action the total dollar amount of this purchase order is hereby decreased from $3,131,370 by $400,000 to $2,731,370.
2. All other items remain unchanged.

| FOB POINT | DISCOUNT AND/OR NET PAYMENT TERMS | | | | TYPE COMMODITY/PAYMENT | Sub-Total | |
|---|---|---|---|---|---|---|---|
| | DAYS | DAYS | DAYS | NET | | | |
| DESTINATION | | | | 30 | 0 | | $2,731,370.00 |
| REQUIRED DELIVERY DATE | SHIP VIA | | | | ESTIMATED FREIGHT | TOTAL | $2,731,370.00 |
| 30-DEC-2004 | | | | | | | |

**ACCOUNTING CLASSIFICATION**

| ACC LINE | A | B | C | D | E | DIST. % | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01 | | | | | NFIM30K 04 | 00 | $1,396,370.00 |
| 02 | | | | | NFVW25 | 00 | $285,000.00 |
| 03 | | | | | NFIM30 05 | 00 | $700,000.00 |
| 04 | | | | | NFXFA5 | 00 | $350,000.00 |

**ISSUING OFFICE**
USDA Forest Service
P.O. BOX 96090
1621 N. Kent St Rm 707- Arlington, VA 22209
WASHINGTON DC 20090-6090
**PHONE:** 703-605-4778 **EXT:**
**FAX:** **EXT:**

**PRINTED BY** OPS$LCARTER

**ORDERED BY ( NAME AND TITLE)**
Lawrence Carter
Contracting Officer

**PHONE:** 703-605-4515 **EXT:**
**FAX:** 703-605-5100 **EXT:**

**AUTHORIZED SIGNATURE** Lawrence Carter

PTS VERSION(08/1999) NFC/FILE COPY 24-MAY-2005

UNITED STATES DEPARTMENT OF AGRICULTURE
PURCHASE ORDER

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 2 OF 5 | 3187 | 53-3187-4-6006 | 24-MAY-2005 | GH | 24 | TX | 43-3187-4-1017 | 05 |

| TYPE PURCHASE | FORM 1099 | TAXPAYER'S IDENT. NO. |
|---|---|---|
| DELIVERY | Y | 54-1703062 |

**TO:**
PIXL
10201 LEE HIGHWAY

**FFIS VID NUMBER:**
FAIRFAX VA US 22030
**PHONE:** 703-288-1930 **EXT:**
**FAX:** 703-288-1931 **EXT:**
**EMAIL-ADDRESS**

**SHIP TO**

**CONSIGNEE**
USDA Forest Service

P.O. BOX 96090
1621 N. Kent St Rm 707- Arlington, VA 22209
WASHINGTON DC US 20090-6090
PHONE: 703-605-4778 EXT:
FAX: EXT:

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | MODIFICATION 4 TO ADD FUNDING FOR CPAIS DEVELOPMENT<br>TOTAL PURCHASE ORDER VALUE FROM $2,931,370.00 TO $3,131,370.00<br>ALL TERMS AND CONDITIONS REMAIN UNCHANGED.<br><br>Modification 2 incorporates line item 05. The total amount of the Task order changes from $1,396,370.00 to 1,681,370.00. All other terms and conditions remain the same. | | | | | | |
| 01 | | Provide Technical Support Servie for INFRA project as outlined int he attached work statement. Contractor's proposal and rate accepted. See next page for labor categories and rate. | 2540 | 01 | 1.000 | JB | $939,400.0000 | $939,400.00 |
| 02 | | Additional funds to cover labor hours | 2540 | 01 | 1.000 | JB | $400,000.0000 | $400,000.00 |
| 03 | | Travel, (Authorized by program office and to be in accordance with Federal Travel Regs (FTR) | 2570 | 01 | 1.000 | LS | $10,000.0000 | $10,000.00 |
| 04 | | ODC''s and G&A<br>DUE to time of issuance of Technical Approval w/i the FY and receipt of other approved funding, the period of performance is: 01 May 04 thru 30 Sept 04 (base)<br><br>01Oct 04 thru 30 Sep 05 (Opt 1 | 2570 | 01 | 1.000 | LS | $46,970.0000 | $46,970.00 |

| FOB POINT | DISCOUNT AND/OR NET PAYMENT TERMS | TYPE COMMODITY/ PAYMENT | Sub-Total |
|---|---|---|---|
| DESTINATION | DAYS DAYS DAYS NET 30 | 0 | $2,731,370.00 |
| **REQUIRED DELIVERY DATE** 30-DEC-2004 | **SHIP VIA** | **ESTIMATED FREIGHT** | **TOTAL** $2,731,370.00 |

**ACCOUNTING CLASSIFICATION**

**ISSUING OFFICE**
USDA Forest Service
P.O. BOX 96090
1621 N. Kent St Rm 707- Arlington, VA 22209
WASHINGTON DC 20090-6090
**PHONE:** 703-605-4778 **EXT:**
**FAX:** **EXT:**

**ORDERED BY ( NAME AND TITLE)**
Lawrence Carter
Contracting Officer
**PHONE:** 703-605-4515 **EXT:**
**FAX:** 703-605-5100 **EXT:**

**PRINTED BY** OPS$LCARTER

**AUTHORIZED SIGNATURE**

FOR AGENCY USE ONLY
INFRA-04-25

UNITED STATES DEPARTMENT OF AGRICULTURE
PURCHASE ORDER

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 3 OF 5 | 3187 | 53-3187-4-6006 | 24-MAY-2005 | GH | 24 | TX | 43-3187-4-1017 | 05 |

| TYPE PURCHASE | FORM 1099 | TAXPAYER'S IDENT. NO. |
|---|---|---|
| DELIVERY | Y | 54-1703062 |

**TO:**
PIXL
10201 LEE HIGHWAY

**FFIS VID NUMBER:**
FAIRFAX VA US 22030
**PHONE:** 703-288-1930 **EXT:**
**FAX:** 703-288-1931 **EXT:**
**EMAIL-ADDRESS**

**SHIP TO**

**CONSIGNEE**
USDA Forest Service

P.O. BOX 96090
1621 N. Kent St Rm 707- Arlington, VA 22209
WASHINGTON DC US 20090-6090
PHONE: 703-605-4778 EXT:
FAX: EXT:

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | 01 Oct 05 thru 30 Sept 05 (Opt 2) An additional ninety (90) days extension is authorized when required to complete ongoing services within applicable FY of performance. Due to the limitation of POINTIUS resources/database input, funds are divided into maximum allocation per line. | | | | | | |
| | | Ship to, Contact Point and Submit Invoices to: USDA Forest Service 1601 North Kent St, 5 th Floor Attn: Tah Yang 703-605-4571 Arlington, Va 22209 | | | | | | |
| | | Modification 01 is to add a GIS consultant to the contract at the hourly rate of $105.13 in accordance with the contractor's proposal dated August 5, 2004, which is hereby incorporated by reference. | | | | | | |
| 05 | | Obligate funds to cover software development costs for the TIM and Facts projects for FY 05. Infra will provide technical support as outlined in the TIM/Facts MOU. Period of Performance: 10/1/04 to 9/30/05. | 2540 | 02 | 1.000 | JB | $285,000.0000 | $285,000.00 |
| 06 | | Add funding to FY05 to support INFRA Development | 2540 | 03 | 1.000 | JB | $599,999.0000 | $599,999.00 |

| FOB POINT | DISCOUNT AND/OR NET PAYMENT TERMS DAYS DAYS DAYS | NET | TYPE COMMODITY/ PAYMENT | Sub-Total | |
|---|---|---|---|---|---|
| DESTINATION | | 30 | 0 | | $2,731,370.00 |
| **REQUIRED DELIVERY DATE** | **SHIP VIA** | | **ESTIMATED FREIGHT** | **TOTAL** | $2,731,370.00 |
| 30-DEC-2004 | | | | | |

**ACCOUNTING CLASSIFICATION**

**ISSUING OFFICE**
USDA Forest Service
P.O. BOX 96090
1621 N. Kent St Rm 707- Arlington, VA 22209
WASHINGTON DC 20090-6090
**PHONE:** 703-605-4778 **EXT:**
**FAX:** **EXT:**

**ORDERED BY ( NAME AND TITLE)**
Lawrence Carter
Contracting Officer
**PHONE:** 703-605-4515 **EXT:**
**FAX:** 703-605-5100 **EXT:**

**PRINTED BY** OPS$LCARTER

**AUTHORIZED SIGNATURE**

FOR AGENCY USE ONLY
INFRA-04-25

UNITED STATES DEPARTMENT OF AGRICULTURE
PURCHASE ORDER

| PAGE | REC OFF | CONTRACT NUMBER | ORDER DATE | SF-281 | UNIT CODE | FUND CODE | ORDER NUMBER | SUB |
|---|---|---|---|---|---|---|---|---|
| 4 OF 5 | 3187 | 53-3187-4-6006 | 24-MAY-2005 | GH | 24 | TX | 43-3187-4-1017 | 05 |

| TYPE PURCHASE | FORM 1099 | TAXPAYER'S IDENT. NO. |
|---|---|---|
| DELIVERY | Y | 54-1703062 |

**TO:**
PIXL
10201 LEE HIGHWAY

**FFIS VID NUMBER:**
FAIRFAX VA US 22030
**PHONE:** 703-288-1930 **EXT:**
**FAX:** 703-288-1931 **EXT:**
**EMAIL-ADDRESS**

**SHIP TO**

**CONSIGNEE**
USDA Forest Service

P.O. BOX 96090
1621 N. Kent St Rm 707- Arlington, VA 22209
WASHINGTON DC US 20090-6090
PHONE: 703-605-4778 EXT:
FAX: EXT:

| LINE ITEM | ACT CODE | DESCRIPTION | BUDGET OBJECT | ACC LINE | QUANTITY | UNIT ISSUE | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 07 | | Additional funding from line 6 above. | 2540 | 03 | 1.000 | JB | $100,001.0000 | $100,001.00 |
| 08 | | CPAIS Development<br><br>Sub 03<br>The purpose of this modification is to add additional funding.<br><br>1. As a result of this action this purchase order is hereby by $1,,535,000 from $1,396,370.00 to $2,931,370.<br>2. All other items remain unchanged. | 2540 | 04 | 1.000 | JB | $150,000.0000 | $150,000.00 |
| 09 | | Additional funding for CPAIS development. | 2540 | 04 | 1.000 | JB | $200,000.0000 | $200,000.00 |

**FOB POINT**
DESTINATION

**DISCOUNT AND/OR NET PAYMENT TERMS**
DAYS DAYS DAYS NET 30

**TYPE COMMODITY/ PAYMENT** O

**Sub-Total** $2,731,370.00

**REQUIRED DELIVERY DATE**
30-DEC-2004

**SHIP VIA**

**ESTIMATED FREIGHT**

**TOTAL** $2,731,370.00

**ACCOUNTING CLASSIFICATION**

**ISSUING OFFICE**
USDA Forest Service
P.O. BOX 96090
1621 N. Kent St Rm 707- Arlington, VA 22209
WASHINGTON DC 20090-6090
**PHONE:** 703-605-4778 **EXT:**
**FAX:** **EXT:**

**ORDERED BY ( NAME AND TITLE)**
Lawrence Carter
Contracting Officer
**PHONE:** 703-605-4515 **EXT:**
**FAX:** 703-605-5100 **EXT:**

**PRINTED BY** OPS$LCARTER

**AUTHORIZED SIGNATURE**

**PURCHASING NOTES**

**RECEIPTOR NOTES**

**REMIT ADDRESS**

**VID:** 541703062 B
PIXL INC
P O BOX 230505

CENTREVILLE VA 20120
7032881930

# EXHIBIT 6

INFRA DEVELOPMENT, MAINTENANCE AND ENHANCEMENTS
STATEMENT OF WORK

SUGGESTED SOURCE – Pixl Inc.

**February 2004**

INTRODUCTION

Infra is an integrated asset management system that provides nationally consistent storage, access, and reporting, processing, and analytical capabilities for essential Forest Service inventory and business needs. Infra also serves as the Forest Service subsidiary ledger for owned property and the primary inventory reporting and portfolio management tool for all real property. Infra maintains data elements necessary to track and manage owned property, leased property, GSA assignments, and inter-agency agreements. Infra processes bills for range permits, special use permits, timber products permits and contracts. The project is focused on these areas:

* Infrastructure Inventory Records
* Real Property Control and Management
* Capital Asset Accounting
* Permit and Contract Administration (timber, special uses, range, minerals)
* Developed Recreation, and Wilderness land units
* Travel Management (roads, access management, trails)
* GIS and mobile applications.

BACKGROUND

The application has been in production since 1998 for roads, travel management, rangeland management, and range permit administration and billing. In 1999, modules were added to include the management of special uses, buildings, dams, water systems, bridges, trails, developed recreation sites, administrative sites, deferred maintenance, real property, and leases. Infra records the acquisition, depreciation, and disposal of real property assets, while the corporate financial system generates the financial transactions associated with the acquisition and use of real property. It provides a uniform data structure to support business functions for field personnel and to facilitate upward reporting needs including deferred maintenance. Interfaces to the Agency's accounting systems, Foundation Financial Information Systems (FFIS), are also in production.

All Infra modules include a comprehensive set of reports, on-line help, user documentation, training manuals and courses, and national help desk support.

SCOPE

This program is national in scope and includes 22 applications that enable the Forest Service to manage such diverse assets as constructed features, roads, trails, bridges, culverts, and land units while automating several related business functions in fiscal, acquisition management, grants authorization administration, agreement administration, and timber products, range, and special uses permit administration and billing.

The current Infra application systems architecture employs several different architectures: 1) client/server; 2) mobile applications for range, heritage, roads and trails (employing a Java presentation layer on an Oracle Lite database); 3) a 3-tier NT/Unix server Web-enabled set of applications using Java main menu, Oracle forms version 6i, an Oracle 9i database and an Oracle 9iAS middle tier; 4) a Web-based thin client (html) for GENSS, an application for hazardous waste and water system compliance tracking; and 5) a web-based data warehouse powered by Java, Oracle 8i database, and Oracle Discoverer.

The client/server applications are accessed via Microsoft Windows client workstations and the Oracle databases are housed in IBM/AIX Unix servers. The client/server environment is implemented using

Oracle Forms 6i, Oracle Reports 6i and Oracle 8i databases, ArcInfo, ArcView, and Visual Basic. The set of web-enabled applications is currently hosted using a three-tier solution that includes Oracle 9iAS release 2 (application server), Oracle Forms 9i, Oracle Reports 9i, an Oracle 8i source database, ESRI Spatial Data Engine (SDE), ESRI, ArcIMS, and Java. Other commercial-off-the-shelf software employed by the project includes DreamWeaver, which is used to develop online help, Help Desk Expert to manage user support services, Wise Install Builder for PC client install packages, PVCS Tracker to track defects, PVCS Version Manager for version control, and WinRunner for automated test scripts. The telecommunications environment is via the USDA Forest Service WAN backbone.

The U.S. Forest Service database architecture consists of approximately 130 field databases located in regions, forests, and districts. The databases are hosted on IBM AIX servers in Oracle 8i. Certain data are pulled from each field database into one central database location known as InfraCentral. The central database houses data that support the various business areas such as real property accounting and management and grants and agreements. Another source of data for InfraCentral is FFIS, a mainframe application. Real property accounting and real property management data are exchanged between InfraCentral and FFIS. The exchange generally occurs at month's end.

A three-tier web solution for InfraCentral is available within the Forest Service. Generally, end users login to the application using a web browser such as Internet Explorer. The authentication is done by session and through the Oracle database user authentication. Details on this process are covered in succeeding sections of this document. The web application utilizes Oracle 9i application server in the middle tier. The forms server and reports server components of 9iAS are implemented to support Oracle Forms 9i and Oracle Reports 9i. The source of data is the InfraCentral (WOCS) database.

The Mobile applications include the ability to download and upload data from the corporate database to hand held devices. Encryption and password protection are also used to prevent unauthorized uploads to the corporate database.

Infra exchanges information with the Foundation Financial Information System (FFIS) that runs on a production mainframe system at the National Finance Center (NFC) in New Orleans. There is no direct connection between the applications. ASCII files in structured formats are sent from one system to the other for loading of data.

APPLICABLE DOCUMENTS

Documents are numerous and lengthy (several thousands of pages). They can be made available upon request through Tah Yang (703) 605-4571or by visiting our office at USDA Forest Service, RPC Building, 1601 N. Kent Street, Suite 500, Rosslyn, VA, 22209.

TECHNICAL REQUIREMENTS

Requirements span the entire lifecycle of an IT investment from defining requirements through development and into a steady state production system. The tasks encompass all phases of development using rapid application design/prototyping and production work, including defining requirements, designing, coding, testing, configuration management, and quality control. The requirements exist for each and every one of the following individual Infra applications:

1. Real Property Management
2. Real Property Accounting
3. Grants and Agreements
4. Range Land and Permits
5. Special Uses
6. Developed Recreation Sites
7. Heritage
8. Roads

9. Trails
10. Buildings
11. Bridges and Major Culverts
12. Dams
13. Wilderness
14. Visitor Use Permits
15. Mining Sites and Permits
16. Water Systems
17. Waste Systems
18. Work Items
19. Enterprise Warehouse
20. Mobile Infra
21. GIS
22. Timber

Requirements also exist for the overall operation of the entire suite of Infra applications, including security, database administration, system administration, documentation, and project management. Specific tasks include but are not limited to:

**DATABASE ADMINISTRATION:**

- Maintain a central database for processing 900,000 bills per year and a live interface with the National Finance Center.
- Build, test and release an average of 4 releases per year distributed to over 130 instances around the United States.
- Maintain a central database for processing all real property sub ledgers and an interface with the Agency's accounting system, FFIS.
- Support all data base instances for development, testing, training, and production.
- Support the agency's efforts in consolidating cells.

**SECURITY**

- Prepare all necessary documentation to attain and maintain Certification and Accreditation, as required by OMB and in accordance with the guidelines specified in NIST Special Publication 800-37.
- Develop and update, as necessary, the Infra System Security Plan in accordance with NIST Special Publication 800-18.
- Develop and update, as necessary, the Infra Risk Assessment and Risk Management Plan in accordance with NIST Special Publication 800-30.
- Develop and update, as necessary, the Infra Contingency and Disaster Recovery Plans in accordance with NIST Special Publication 800-34.
- Develop and update, as necessary, the Infra Trusted Facility Manual in accordance with the USDA Guidelines for Writing Trusted Facility Manuals.

- Develop and update, as necessary, the Security Feature Users Guide in accordance with USDA Guidelines for Writing Security Feature Users Guide.

**PROJECT MANAGEMENT**

- Create and maintain project plans and budgets and track actual costs and performance using WorkLenz, a project/portfolio management tool, which is the USDA standard.
- Utilize Earned Value Management System methodology to manage and measure project performance
- Comply with all requirements of the USDA Capital Planning and Investment Control as mandated by Clinger-Cohen Act.
- Prepare the annual Exhibit 53 for submission to the Office of Management and Budget (OMB).
- Prepare the annual OMB Circular A-11 Exhibit 300 and provide responses to other OMB requests for project and financial information.
- Provide information and documentation required by various audit agencies.
- Ensure that Infra is aligned with the Federal Enterprise Architecture reference models, as required by OMB Circular A-11.
- Develop, review, and update Memoranda of Understanding between Forest Service Infra and other agencies whose systems Infra interfaces with.

LOCATION OF WORK

Office space, furnishings, and IT equipment will be provided by the US Forest Service. The office location is 1601 N Kent Street, Rosslyn VA, 22209.

PERIOD OF PERFORMANCE

The period of performance is anticipated to be upon contract award through September 30, 2004 and two option period of performance. The government has the right not to Exercise the two option period of performances.

Base year: contract award thru September 30, 2004

Option 1: October 1, 2004 thru September 30, 2005

Option 2: October 1, 2005 thru September 30, 2006

MANAGEMENT PROCESS REPORTS

The Contractor shall prepare and submit to the COTR or designee a monthly progress report due the 1st week of each month. The progress report shall summarize the contractor's accomplishments, the problems encounter and the number of labor hours expended.

ESTIMATED LABOR HOURS

The precise workload for INFRA Task is difficult to specify, the U.S. Forest Service estimates a total requirement of hours for the duration of this contract. This will accommodate the period of performance stated below:

| | Minimum Hours | Maximum Hours |
|---|---|---|
| Base year:<br>May 1, to September 30, 2004 | 100 | 10,000 |
| Option YR 1 | 1000 | 25,000 |
| Option YR 2 | 1000 | 25,000 |

KEY PERSONNEL

The contractor shall assign to this contract the following key personnel:

| Labor Category | Name |
|---|---|
| To be determined | |

During the first ninety days of performance, the Contractor shall make no substitution of key personnel unless the substitution is necessitated by illness, death or termination of employment. The Contractor shall notify the Contracting Officer within fifteen days after the occurrence of any of these events and provide RESUME(s) with comparable qualification to those person(s) being replaced.

MEETINGS

Meetings between the contractor and the U.S. Forest Service will be held on an "as required" basis during the performance of the contract. Unless otherwise mutually agreed upon, meeting will be held at the U.S. Forest Service location.