# EXHIBIT 7

## ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

PAGE 1 OF PAGES 2

1. DATE OF ORDER: 09/02/2005
2. CONTRACT NO. *(If any)*:
3. ORDER NO.: AG-3187-P-05-0201
4. REQUISITION/REFERENCE NO.: 18231
5. ISSUING OFFICE *(Address correspondence to)*:
USDA FOREST SERVICE
AQM, 7th FI RPE
STOP CODE 1138
1400 INDEPENDENCE AVE., SW
WASHINGTON DC 20250-1138

6. SHIP TO:
a. NAME OF CONSIGNEE: USDA FOREST SERVICE
b. STREET ADDRESS: GOOSE VALLEY STATION
1634 BLACK CANYON ROAD
c. CITY: RAMONA
d. STATE: CA
e. ZIP CODE: 92065
f. SHIP VIA:

7. TO:
a. NAME OF CONTRACTOR: PIXL INC
b. COMPANY NAME:
c. STREET ADDRESS: P O BOX 230505.
541703062 B
d. CITY: CENTREVILLE
e. STATE: VA
f. ZIP CODE: 20120

8. TYPE OF ORDER
[X] a. PURCHASE
REFERENCE YOUR:

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[ ] b. DELIVERY
Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA: See Schedule

10. REQUISITIONING OFFICE: KLEINBERG, JENNIE

11. BUSINESS CLASSIFICATION *(Check appropriate box(es))*
[ ] a. SMALL [ ] b. OTHER THAN SMALL [X] c. DISADVANTAGED [ ] g. SERVICE-DISABLED VETERAN-OWNED
[ ] d. WOMEN-OWNED [ ] e. HUBZone [ ] f. EMERGING SMALL BUSINESS

12. F.O.B. POINT: Destination

13. PLACE OF
a. INSPECTION: Destination
b. ACCEPTANCE: Destination

14. GOVERNMENT B/L NO.:

15. DELIVER TO F.O.B. POINT ON OR BEFORE *(Date)*: 09/30/2006

16. DISCOUNT TERMS:

17. SCHEDULE *(See reverse for Rejections)*

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Tax ID Number: 541703062<br>DUNS Number: Not Available<br>Provide Technical Support Services for INFRA project. This Purchase Order renumbers, replaces and incorporates all the terms and conditions of previous<br>Continued ... | | | | | |

18. SHIPPING POINT:
19. GROSS SHIPPING WEIGHT:
20. INVOICE NO.:

17(h) TOTAL *(Cont. pages)*: $1,000.00

SEE BILLING INSTRUCTIONS ON REVERSE

21. MAIL INVOICE TO:
a. NAME: USDA, OCFO, COD, APB
b. STREET ADDRESS *(or P.O. Box)*: USDA, OCFO, COD, APB
PO Box 60075
c. CITY: NEW ORLEANS
d. STATE: LA
e. ZIP CODE: 70160

17(i) GRAND TOTAL: $1,000.00

22. UNITED STATES OF AMERICA
BY *(Signature)*

23. NAME *(Typed)*: STEVE SCHMIDT
TITLE: CONTRACTING/ORDERING OFFICER

# ORDER FOR SUPPLIES OR SERVICES SCHEDULE - CONTINUATION



**IMPORTANT:** Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| 09/02/2005 | | AG-3187-P-05-0201 |

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| | Purchase Order number 43-3187-4-1017. Accounting Info: 11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.ZZ.NFIM3005.ZZZZ Agency Code: 11 Program Code: ZZZZZZZZZ BOC: 2540 Sub BOC: ZZ Cost Org: ZZZZZZZ Job Code: NFIM3005 Sub Cost Org: ZZ Budget Yr Start: ZZ Budget Yr End: ZZ Fund: ZZZZZZ Budget Org: 1324 Sub Budget Org: ZZ Report Category: ZZZZ | | | | | |
| 0001 | Option Period FY06 - 10/1/2005 thru 9/30/2006. Provide Technical Support Services for INFRA project. Product/Service Code: D302 Product/Service Description: ADP SYSTEMS DEVELOPMENT SERVICES | | | | 1,000.00 | |
| 0002 | Option Period FY07 - 10/1/2006 thru 9/30/2007. Provide Technical Support Services for INFRA project. Amount: $0.00 (Option Line Item) Product/Service Code: D302 Product/Service Description: ADP SYSTEMS DEVELOPMENT SERVICES | | | | | |
| 0003 | Option Period FY08 - 10/1/2007 thru 9/30/2008. Provide Technical Support Services for INFRA project. Amount: $0.00 (Option Line Item) Product/Service Code: D302 Product/Service Description: ADP SYSTEMS DEVELOPMENT SERVICES | | | | | |
| | Total amount of award: $1,000.00. The obligation for this award is shown in box 17(i). | | | | | |

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 2

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0001 | 3. EFFECTIVE DATE 09/28/2005 | 4. REQUISITION/PURCHASE REQ.NO. 22102 | 5. PROJECT NO. *(If applicable)* |

6. ISSUED BY CODE 32TD

USDA FOREST SERVICE
AQM, 7th FI RPE
STOP CODE 1138
1400 INDEPENDENCE AVE., SW
WASHINGTON DC 20250-1138

7. ADMINISTERED BY *(If other than Item 6)* CODE 32TD

USDA FOREST SERVICE
AQM, 7th FI RPE
STOP CODE 1138
1400 INDEPENDENCE AVE., SW
WASHINGTON DC 20250-1138

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

PIXL INC
P O BOX 230505
541703062 B
CENTREVILLE VA 20120

CODE 541703062 FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. AG-3187-P-05-0201

10B. DATED *(SEE ITEM 13)* 09/02/2005

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment number. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required.)* Net Increase: $193,000.00
11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.ZZ.NFIM3005.ZZZZ

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (x) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO THE AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☒ is not. ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Tax ID Number: 541703062
DUNS Number: Not Available
Provide Technical Support Services for INFRA project. This Purchase Order renumbers, replaces and incorporates all the terms and conditions of previous Purchase Order number 43-3187-4-1017.
Delivery: 09/29/2005
Agency Code: 11 Program Code: ZZZZZZZZZ BOC: 2540
Sub BOC: ZZ Cost Org: ZZZZZZZ Job Code: NFIM3005
Sub Cost Org: ZZ Budget Yr Start: ZZ Budget Yr
End: ZZ Fund: ZZZZZZ Budget Org: 1324 Sub Budget
Org: ZZ Report Category: ZZZZ
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* ROBERT D. JAEGER | |
| 15B. CONTRACTOR/OFFEROR ________ *(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA Robert D. Jaeger *(Signature of Contracting Officer)* | 16C. DATE SIGNED 9/28/05 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|
| AG-3187-P-05-0201/0001 | 2 | 2 |

NAME OF OFFEROR OR CONTRACTOR
PIXL INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | FOB: Destination<br>Period of Performance: 10/01/2005 to 09/30/2006<br>Delivery Location Code: 9AA9<br>USDA FOREST SERVICE<br>GOOSE VALLEY STATION<br>1634 BLACK CANYON ROAD<br>RAMONA CA 92065 US<br><br>Add Item 0004 as follows: | | | | |
| 0004 | Consulting Services<br>Product/Service Code: R707<br>Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES | 193000 | DO | 1.00 | 193,000.00 |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | |
|---|---|
| 1. CONTRACT ID CODE | PAGE OF PAGES: 1 of 2 |
| 2. AMENDMENT/MODIFICATION NO. | 0001 |
| 3. EFFECTIVE DATE | 09/28/2005 |
| 4. REQUISITION/PURCHASE REQ.NO. | 22102 |
| 5. PROJECT NO. *(If applicable)* | |
| 6. ISSUED BY — CODE 32TD | USDA FOREST SERVICE<br>AQM, 7th FI RPE<br>STOP CODE 1138<br>1400 INDEPENDENCE AVE., SW<br>WASHINGTON DC 20250-1138 |
| 7. ADMINISTERED BY *(If other than Item 6)* — CODE 32TD | USDA FOREST SERVICE<br>AQM, 7th FI RPE<br>STOP CODE 1138<br>1400 INDEPENDENCE AVE., SW<br>WASHINGTON DC 20250-1138 |
| 8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)* | PIXL INC<br>P O BOX 230505<br>541703062 B<br>CENTREVILLE VA 20120 |
| CODE | 541703062 |
| FACILITY CODE | |
| (x) 9A. AMENDMENT OF SOLICITATION NO. | |
| 9B. DATED *(SEE ITEM 11)* | |
| X 10A. MODIFICATION OF CONTRACT/ORDER NO. | AG-3187-P-05-0201 |
| 10B. DATED *(SEE ITEM 13)* | 09/02/2005 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment number. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required.)* Net Increase: $193,000.00
11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.ZZ.NFIM3005.ZZZZ

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (x) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO THE AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

**E. IMPORTANT:** Contractor ☒ is not. ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*

Tax ID Number: 541703062
DUNS Number: Not Available
Provide Technical Support Services for INFRA project. This Purchase Order renumbers, replaces and incorporates all the terms and conditions of previous Purchase Order number 43-3187-4-1017.
Delivery: 09/29/2005
Agency Code: 11 Program Code: ZZZZZZZZZ BOC: 2540
Sub BOC: ZZ Cost Org: ZZZZZZZ Job Code: NFIM3005
Sub Cost Org: ZZ Budget Yr Start: ZZ Budget Yr
End: ZZ Fund: ZZZZZZ Budget Org: 1324 Sub Budget
Org: ZZ Report Category: ZZZZ
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | |
|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>ROBERT D. JAEGER |
| 15B. CONTRACTOR/OFFEROR<br>*(Signature of person authorized to sign)* | 16B. UNITED STATES OF AMERICA<br>Robert D. Jaeger<br>*(Signature of Contracting Officer)* |
| 15C. DATE SIGNED | 16C. DATE SIGNED<br>10/17/05 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: AG-3187-P-05-0201/0001



NAME OF OFFEROR OR CONTRACTOR
PIXL INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | FOB: Destination<br>Period of Performance: 10/01/2005 to 09/30/2006<br>Delivery Location Code: 9AA9<br>USDA FOREST SERVICE<br>GOOSE VALLEY STATION<br>1634 BLACK CANYON ROAD<br>RAMONA CA 92065 US<br><br>Add Item 0004 as follows: | | | | |
| 0004 | Consulting Services<br>Product/Service Code: R707<br>Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES | 193000 | DO | 1.00 | 193,000.00 |

# EXHIBIT 8

**SOLICITATION, OFFER AND AWARD**

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE 1 OF PAGES 3

2. CONTRACT NO.: AG-3187-C-06-0043
3. SOLICITATION NUMBER:
4. SOLICITATION TYPE: ☐ SEALED BID (IFB) ☐ NEGOTIATED BID (RFP)
5. DATE ISSUED:
6. REQUISITION/PURCHASE NUMBER: See Schedule

7. ISSUED BY — CODE 3187
USDA FOREST SERVICE
201 14TH ST. & INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

8. ADDRESS OFFER TO (If other than Item 7)

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

**SOLICITATION**

9. Sealed offers in original and ______ copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if hand carried, in the depository located in ______ until ______ local time ______
(Hour) (Date)

CAUTION: LATE Submissions, Modifications and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

10. FOR INFORMATION CALL: A. NAME: ROBERT D JAEGER | B. TELEPHONE (NO COLLECT CALLS) AREA CODE: 703 NUMBER: 605-4883 EXT.: | C. E-MAIL ADDRESS: rjaeger@fs.fed.us

**11. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| ☐ | A | SOLICITATION/CONTRACT FORM | | ☐ | I | CONTRACT CLAUSES | |
| ☐ | B | SUPPLIES OR SERVICES AND PRICE/COST | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| ☐ | C | DESCRIPTION/SPECS./WORK STATEMENT | | ☐ | J | LIST OF ATTACHMENTS | |
| ☐ | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| ☐ | E | INSPECTION AND ACCEPTANCE | | ☐ | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| ☐ | F | DELIVERIES OR PERFORMANCE | | | | | |
| ☐ | G | CONTRACT ADMINISTRATION DATA | | ☐ | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| ☐ | H | SPECIAL CONTRACT REQUIREMENTS | | ☐ | M | EVALUATION FACTORS FOR AWARD | |

**OFFER** *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days (60 calendar days unless a different period is inserted by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

13. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52-232-8)*

| 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|
| See Schedule | | | |

14. ACKNOWLEDGEMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):*

| AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|
| | | | |

15A. NAME AND ADDRESS OF OFFEROR — CODE 541703062 FACILITY
PIXL, INC
P.O. BOX 230505
541703062 A
CENTREVILLE VA 21020

16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

15B. TELEPHONE NUMBER — AREA CODE | NUMBER | EXT.
15C. CHECK IF REMITTANCE ADDRESS ☐ IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE.
17. SIGNATURE
18. OFFER DATE

**AWARD** *(To be completed by government)*

19. ACCEPTED AS TO ITEMS NUMBERED
20. AMOUNT: $825,000.00
21. ACCOUNTING AND APPROPRIATION: See schedule

22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c) ( ) ☐ 41 U.S.C. 253 (c) ( )
23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* — ITEM

24. ADMINISTERED BY *(If other than Item 7)* — CODE 3187
See Schedule G
25. PAYMENT WILL BE MADE BY — CODE 3187
See Schedule G

26. NAME OF CONTRACTING OFFICER *(Type or print)*: ROBERT D. JAEGER
27. UNITED STATES OF AMERICA — Robert D. Jaeger (Signature of Contracting Officer)
28. AWARD DATE: 05/18/2006

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: AG-3187-C-06-0043

PAGE 2 OF 3

NAME OF OFFEROR OR CONTRACTOR: PIXL, INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Tax ID Number: 541703062<br>DUNS Number: Not Available<br>Continuation of contract 53-3187-4-6006<br>Consulting Services with Pixl Inc. Original<br>Contract 53-3187-4-6006, Currently under RFP<br>Award WO 04-09VM (43-3187-4-1017) &<br>AG-3187-P-005-0201. Continuation with 8a contract<br>fy 06 option year<br>Delivery: 09/30/2006<br>Admin Office:<br>USDA FOREST SERVICE<br>201 14TH ST. @ INDEPENDENCE AVE. SW<br>P.O. BOX 96090<br>WASHINGTON DC 20090-6090<br>Mail Invoice To:<br>USDA FOREST SERVICE<br>201 14TH ST. @ INDEPENDENCE AVE. SW<br>P.O. BOX 96090<br>WASHINGTON DC 20090-6090<br>FOB: Destination<br>Period of Performance: 10/01/2005 to 09/30/2006<br>Delivery Location Code: 33LF<br>USDA FSA<br>1621 N KENT STREET ROOM 207<br>ARLINGTON VA 22209<br>ARLINGTON VA 22209 US | | | | |
| 0001 | Consulting Services with Pixl Inc. Original<br>Contract 53-3187-4-6006, Currently under RFP<br>Award WO 04-09VM (43-3187-4-1017)<br>Obligated Amount: $425,000.00<br>Product/Service Code: R707<br>Product/Service Description: CONTRACT,<br>PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 41417<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.<br>ZZ.NFIM3006.ZZZZ Agency Code: 11 Program Code:<br>ZZZZZZZZZ BOC: 2540 Sub BOC: ZZ Cost Org: ZZZZZZZ<br>Job Code: NFIM3006 Sub Cost Org: ZZ Budget Yr<br>Start: ZZ Budget Yr End: ZZ Fund: ZZZZZZ Budget<br>Org: 1324 Sub Budget Org: ZZ Report Category: ZZZZ | 425000 | DO | 1.00 | 425,000.00 |
| | Continued ... | | | | |

May. 30. 2006 3:16PM No. 0502 P. 3

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: AG-3187-C-06-0043

PAGE 3 OF 3

NAME OF OFFEROR OR CONTRACTOR: PIXL, INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 0002 | Pixl Inc, add additional line of funding. Original Contract 53-3187-4-6006, Currently under RFP Award WO 04-09VM (43-3187-4-1017)<br>Obligated Amount: $400,000.00<br>Product/Service Code: R707<br>Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 41419<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.ZZ.NFTM2406.ZZZZ Agency Code: 11 Program Code: ZZZZZZZZZ BOC: 2540 Sub BOC: ZZ Cost Org: ZZZZZZZ Job Code: NFTM2406 Sub Cost Org: ZZ Budget Yr Start: ZZ Budget Yr End: ZZ Fund: ZZZZZZ Budget Org: 1324 Sub Budget Org: ZZ Report Category: ZZZZ<br><br>Total amount of award: $825,000.00. The obligation for this award is shown in box 20. | 400000 | DO | 1.00 | 400,000.00 |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE OF PAGES: 1 | 3

| | | | |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0001 | 3. EFFECTIVE DATE 10/01/2006 | 4. REQUISITION/PURCHASE REQ. NO. See Schedule | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE 3187 | | 7. ADMINISTERED BY (If other than Item 6) CODE 3187 | |
| USDA FOREST SERVICE<br>201 14TH ST. @ INDEPENDENCE AVE. SW<br>P.O. BOX 96090<br>WASHINGTON DC 20090-6090 | | USDA FOREST SERVICE<br>201 14TH ST. @ INDEPENDENCE AVE. SW<br>P.O. BOX 96090<br>WASHINGTON DC 20090-6090 | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

PIXL, INC
P.O. BOX 230505
541703062 A
CENTREVILLE VA 21020

CODE 541703062 | FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. AG-3187-C-06-0043

10B. DATED (SEE ITEM 11) 05/18/2006

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. OTHER (Specify type of modification and authority)<br>Option to Extend the Contract |

**E. IMPORTANT:** Contractor ☒ is not. ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number: ~~Not~~ Available
DUNS Number: ~~Not~~ Available
Consulting Services with Pixl Inc. Original Contract 53-3187-4-6006, Currently under RFP Award WO 04-09VM (43-3187-4-1017) & AG-3187-P-005-0201. Continuation with 8a contract fy 07 option year. POP extended thru Sep 30, 2007
FOB: Unknown
Period of Performance: 10/01/2006 to 09/30/2007
Delivery Location Code: 33LF
USDA FSA
1621 N KENT STREET ROOM 207
ARLINGTON VA 22209
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>ROBERT D. JAEGER | |
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>Robert D. Jaeger<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>9/22/06 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|
| AG-3187-C-06-0043/0001 | 2 | 3 |

NAME OF OFFEROR OR CONTRACTOR
PIXL, INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | ARLINGTON VA 22209 US | | | | |
| | Change Item 0001 to read as follows(amount shown is the obligated amount): | | | | |
| 0001 | Consulting Services New Task Order for Pixl Inc. Original Contract 53-3187-4-6006, Currently under RFP Award WO 04-09VM (43-3187-4-1017)<br>Obligated Amount: $0.00<br>Product/Service Code: R707<br>Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 41417<br><br>Delivery: 05/18/2007<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.ZZ.NFIM3006.ZZZZ Agency Code (2): 11 Program Code (9): ZZZZZZZZZ BOC: 2540 Sub BOC (2): ZZ Cost Org (7): ZZZZZZZ Job Code (8): NFIM3006 Sub Cost Org (2): ZZ Budget Yr Start (2): ZZ Budget Yr End (2): ZZ Fund (6): ZZZZZZ Budget Org (7): 1324 Sub Budget Org (2): ZZ Report Category (4): ZZZZ | 425000 | DO | 1.00 | 0.00 |
| | Change Item 0002 to read as follows(amount shown is the obligated amount): | | | | |
| 0002 | Pixl Inc, add additional line of funding to new task order. Original Contract 53-3187-4-6006, Currently under RFP Award WO 04-09VM (43-3187-4-1017)<br>Obligated Amount: $0.00<br>Product/Service Code: R707<br>Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 41419<br><br>Delivery: 10/01/2007<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.ZZ.NFTM2406.ZZZZ Agency Code (2): 11 Program Code (9): ZZZZZZZZZ BOC: 2540 Sub BOC (2): ZZ Cost Org (7): ZZZZZZZ Job Code (8): NFTM2406 Sub Cost Org<br>Continued ... | 400000 | DO | 1.00 | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | AG-3187-C-06-0043/0001 | 3 | 3 |

NAME OF OFFEROR OR CONTRACTOR
PIXL, INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | (2): ZZ Budget Yr Start (2): ZZ Budget Yr End (2): ZZ Fund (6): ZZZZZZ Budget Org (7): 1324 Sub Budget Org (2): ZZ Report Category (4): ZZZZ | | | | |

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

1. CONTRACT ID CODE

PAGE OF PAGES: 1 | 2

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0002 | See Block 16C | | |

6. ISSUED BY CODE 3187

USDA FOREST SERVICE
201 14TH ST. @ INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

7. ADMINISTERED BY (If other than Item 6) CODE 3187

USDA FOREST SERVICE
201 14TH ST. @ INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

PIXL, INC
P.O. BOX 230505
541703062 A
CENTREVILLE VA 21020

CODE 541703062 FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
AG-3187-C-06-0043

10B. DATED (SEE ITEM 11)
05/18/2006

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CC Changes |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number: 54-1703062
DUNS Number: Not Available
The above referenced contract is hereby changed to include the following:The statement of work is admended as follows: Amendment to the Statement of Work (SOW)

The Forest Service has created an electronic tracking system, known as I-Web Tracker, to facilitate the collection of Earned Value Management (EVM) information. This amendment to the Statement of Work (SOW) requires the Vendor to have all their employees use I-Web Tracker on a daily basis to record their progress toward work completed and the hours they worked associated with each task. Additionally, FAR clause 52.234-4 EVM System is incorporated by reference.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| ARCHANA SAGAR, President | | ROBERT D. JAEGER | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| Archana Sagar (Signature of person authorized to sign) | 12-13-06 | Robert D. Jaeger (Signature of Contracting Officer) | 12/14/06 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**CONTINUATION SHEET**

| REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|
| AG-3187-C-06-0043/0002 | 2 | 2 |

NAME OF OFFEROR OR CONTRACTOR
PIXL, INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Period of Performance: 10/01/2006 to 09/30/2007 | | | | |

NSN 7540-01-152-8067

**AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT**

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE OF PAGES 1 3 | |
| 2. AMENDMENT/MODIFICATION NO. 0003 | 3. EFFECTIVE DATE 05/15/2007 | 4. REQUISITION/PURCHASE REQ. NO. See Schedule | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE 3187 | | 7. ADMINISTERED BY (If other than Item 6) CODE 3187 | |

6. USDA FOREST SERVICE
201 14TH ST. @ INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

7. USDA FOREST SERVICE
201 14TH ST. @ INDEPENDENCE AVE. SW
P.O. BOX 96090
WASHINGTON DC 20090-6090

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

PIXL, INC
P.O. BOX 230505
541703062 A
CENTREVILLE VA 21020

CODE 541703062 FACILITY CODE

(x) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO. AG-3187-C-06-0043

10B. DATED (SEE ITEM 11) 05/18/2006

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required) Net Increase: $300,000.00
See Schedule

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: CC Changes |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not. ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible)

Tax ID Number: 54-1703062
DUNS Number: Not Available
LIST OF CHANGES:
Total Amount for this Modification: $300,000.00
New Total Amount for this Version: $300,000.00
Obligated Amount for this Modification: $300,000.00
New Total Obligated Amount for this Award: $1,125,000.00
FOB: Destination
Period of Performance: 10/01/2006 to 09/30/2007
Delivery Location Code: 33LF
USDA FSA
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ROBERT D. JAEGER | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 5/15/07 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: AG-3187-C-06-0043/0003

PAGE 2 OF 3

NAME OF OFFEROR OR CONTRACTOR: PIXL, INC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 1621 N KENT STREET ROOM 207<br>ARLINGTON VA 22209<br>ARLINGTON VA 22209 US<br><br>Add Item 003 as follows: | | | | |
| 003 | Modification to add funds to the Pixl Contract AG 3187-C-06-0043 for the remaining portion of FY07.<br>Obligated Amount: $150,000.00<br>Product/Service Code: R707<br>Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 104818<br><br>Delivery: 05/26/2007<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.ZZ.NFIM3007.ZZZZ Agency Code (2): 11 Program Code (9): ZZZZZZZZZ BOC: 2540 Sub BOC (2): ZZ Cost Org (7): ZZZZZZZ Job Code (8): NFIM3007 Sub Cost Org (2): ZZ Budget Yr Start (2): ZZ Budget Yr End (2): ZZ Fund (6): ZZZZZZ Budget Org (7): 1324 Sub Budget Org (2): ZZ Report Category (4): ZZZZ<br><br>Add Item 004 as follows: | 150000 | DO | 1.00 | 150,000.00 |
| 004 | Mod to the current contract (AG- 3187-C-06-0043) to add funds for TIM software development work through 9/30/07.<br>Obligated Amount: $150,000.00<br>Product/Service Code: R707<br>Product/Service Description: CONTRACT, PROCUREMENT, AND ACQUISITION SUPPORT SERVICES<br>Requisition No: 105457<br><br>Delivery: 05/31/2007<br>Accounting Info:<br>11.ZZ.ZZ.ZZZZZZ.1324.ZZ.ZZZZZZZ.ZZ.ZZZZZZZZZ.2540.ZZ.NFTM2407.ZZZZ Agency Code (2): 11 Program Code (9): ZZZZZZZZZ BOC: 2540 Sub BOC (2): ZZ Cost Org (7): ZZZZZZZ Job Code (8): NFTM2407 Sub Cost Org (2): ZZ Budget Yr Start (2): ZZ Budget Yr End (2): ZZ Fund (6): ZZZZZZ Budget Org (7): 1324 Sub<br>Continued ... | 150000 | DO | 1.00 | 150,000.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>AG-3187-C-06-0043/0003 | PAGE 3 OF 3 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
PIXL, INC

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | Budget Org (2): ZZ Report Category (4): ZZZZ | | | | |

# EXHIBIT 9

PIxL
Software Services Solutions

March 22, 2004

Vivian McPherson, Contracting Officer
USDA Forest Service
1621 North Kent Street
Rosslyn, VA 22209

Dear Ms. McPherson:

Enclosed is the cost proposal for the USDA/ FS INFRA Contract. Please feel free to contact us if there are any questions or concerns about our submission.

We sincerely appreciate your business and look forward to a long and mutually beneficial relationship with the Forest Service.

Sincerely yours,

Ajay Sagar

Address: 10565 Lee Highway, Suite 302, Fairfax VA 22030 Mailing Address: P.O. Box 230505 Centreville VA 20120
Tel: (703)218-6939, Fax: (703)218-6938 E-mail: officer@pixlinc.com, Web: http://www.pixlinc.com

PIxL

Software Services Solutions

# PROPOSAL

# TO

# USDA FOREST SERVICE FOR TECHNICAL SUPPORT OF

# INFRA PROJECT

Address: 10565 Lee Highway, Suite 302, Fairfax VA 22030
Tel: (703)218-6939, Fax: (703)218-6938

Mailing Address: P.O. Box 230505 Centreville VA 20120
E-mail: officer@pixlinc.com, Web: http://www.pixlinc.com

01/30/2008 17:23 7036055100 AQM PAGE 06

PIXL

Software Services Solutions

## Table of Contents


1. Estimated Hours ..... 4
2. References ..... 4
3. Cost Breakdown ..... 4


Address: 10565 Lee Highway, Suite 302, Fairfax VA 22030 Mailing Address: P.O. Box 230505 Centreville VA 20120
Tel: (703)218-6939, Fax: (703)218-6938 E-mail: officer@pixlinc.com, Web: http://www.pixlinc.com

PIXL
Software Services Solutions

## 1. Estimated Hours

We will support the INFRA project throughout all phases as required by the program office. We have provided estimated labor hours for the remainder of the current fiscal year and two additional years. An annual 2% rate increase has been projected.

## 2. References

Tah Yang, Program Manager, Infra
Martha Legg, Contract Officer, ATSES

## 3. Cost Breakdown

Cost breakdown for the fiscal years is as follows:

Address: 10565 Lee Highway, Suite 302, Fairfax VA 22030 Mailing Address: P.O. Box 230505 Centreville VA 20120
Tel: (703)218-6939, Fax: (703)218-6938 E-mail: officer@pixlinc.com, Web: http://www.pixlinc.com

01/30/2008 17:23 7036055100 ADM PAGE 08

**PIxL**

Software Services Solutions

## FY 2004

| Title | Code | Employee | Unit | Bid Rate ($) | Hours Bid | Amount ($) |
|---|---|---|---|---|---|---|
| | | | | | | |
| Sr. Systems Ana III | Pixl-00-4 | Stephen Brose | Hour | 143.00 | 880.00 | 125,840.00 |
| Sr. Systems Ana III | Pixl-00-4 | Mohammad Amir | Hour | 143.00 | 880.00 | 125,840.00 |
| Info. Sys Analyst I | Pixl-00-12 | Shahid Munir | Hour | 75.00 | 880.00 | 66,000.00 |
| Systems Analyst II | Pixl-00-6 | Thompson Grant | Hour | 114.45 | 880.00 | 100,716.00 |
| Staff Engineer | Pixl-00-8 | William Thomas Burtt | Hour | 112.35 | 880.00 | 98,868.00 |
| Data Base Administrator I | Pixl-00-32 | Shyue-Shu Shen | Hour | 59.85 | 880.00 | 52,668.00 |
| Systems Integration Specialist | Pixl-00-30 | Thanasis Himonas | Hour | 147.00 | 880.00 | 129,360.00 |
| Documentation and Training Specialist | PIXL-00-37 | Jeffrey D. Cowles | Hour | 71.50 | 880.00 | 62,920.00 |
| Systems Administrator and DBA | Pixl-00-33 | Gary Patrake | Hour | 131.00 | 880.00 | 115,280.00 |
| Mid-Level Operational Support Specialist | Pixl-00-40 | Anil Akula | Hour | 70.35 | 880.00 | 61,908.00 |
| | | | | | | |
| Total Labor | | | | | | 939,400.00 |
| G & A NTE @ 5% of Total Labor | | | | | | 46,970.00 |
| Net Total | | | | | | 986,370.00 |
| Travel | Pixl-MI-TRAVEL | N.A | Lot | 10,000.00 | N.A | 5,000.00 |
| Other Direct Cost | Pixl-MI-ODC | N.A | Lot | 10,000.00 | N.A | 5,000.00 |
| Grand Total | | | | | | 996,370.00 |

Address: 10565 Lee Highway, Suite 302, Fairfax VA 22030
Tel: (703)218-6939, Fax: (703)218-6938

Mailing Address: P.O. Box 230505 Centreville VA 20120
E-mail: officer@pixlinc.com, Web: http://www.pixlinc.com

PIxL

Software Services Solutions

## FY 2005

| Title | Code | Employee | Unit | Bid Rate ($) | Hours Bid | Amount ($) |
|---|---|---|---|---|---|---|
| | | | | | | |
| Sr. Systems Ana III | Pixl-00-4 | Stephen Brose | Hour | 145.86 | 2000 | 291,720.00 |
| Sr. Systems Ana III | Pixl-00-4 | Mohammad Amir | Hour | 145.86 | 2000 | 291,720.00 |
| Info. Sys Analyst I | Pixl-00-12 | Shahid Munir | Hour | 76.50 | 2000 | 153,000.00 |
| Systems Analyst II | Pixl-00-6 | Thompson Grant | Hour | 116.74 | 2000 | 233,478.00 |
| Staff Engineer | Pixl-00-8 | William Thomas Burtt | Hour | 114.60 | 2000 | 229,194.00 |
| Data Base Administrator I | Pixl-00-32 | Shyue-Shu Shen | Hour | 61.05 | 2000 | 122,094.00 |
| Systems Integration Specialist | Pixl-00-30 | Thanasis Himonas | Hour | 149.94 | 2000 | 299,880.00 |
| Documentation and Training Specialist | PIXL-00-37 | Jeffrey D. Cowles | Hour | 72.93 | 2000 | 145,860.00 |
| Systems Administrator and DBA | Pixl-00-33 | Gary Patrake | Hour | 133.62 | 2000 | 267,240.00 |
| Mid-Level Operational Support Specialist | Pixl-00-40 | Anil Akula | Hour | 71.76 | 2000 | 143,514.00 |
| | | | | | | |
| Total Labor | | | | | | 2,177,700.00 |
| G & A NTE @ 5% of Total Labor | | | | | | 108,885.00 |
| Net Total | | | | | | 2,286,585.00 |
| Travel | Pixl-MI-TRAVEL | N.A | Lot | 10,000.00 | N.A | 10,000.00 |
| Other Direct Cost | Pixl-MI-ODC | N.A | Lot | 10,000.00 | N.A | 10,000.00 |
| Grand Total | | | | | | 2,306,585.00 |

Address: 10565 Lee Highway, Suite 302, Fairfax VA 22030
Tel: (703)218-6939, Fax: (703)218-6938

Mailing Address: P.O. Box 230505 Centreville VA 20120
E-mail: officer@pixlinc.com, Web: http://www.pixlinc.com

**PIxL**

Software Services Solutions

## FY 2006

| Title | Code | Employee | Unit | Bid Rate ($) | Hours Bid | Amount ($) |
|---|---|---|---|---|---|---|
| | | | | | | |
| Sr. Systems Ana III | Pixl-00-4 | Stephen Brose | Hour | 148.78 | 2000 | 297,554.40 |
| Sr. Systems Ana III | Pixl-00-4 | Mohammad Amir | Hour | 148.78 | 2000 | 297,554.40 |
| Info. Sys Analyst I | Pixl-00-12 | Shahid Munir | Hour | 78.03 | 2000 | 156,060.00 |
| Systems Analyst II | Pixl-00-6 | Thompson Grant | Hour | 119.07 | 2000 | 238,149.60 |
| Staff Engineer | Pixl-00-8 | William Thomas Burtt | Hour | 116.89 | 2000 | 233,784.00 |
| Data Base Administrator I | Pixl-00-32 | Shyue-Shu Shen | Hour | 62.27 | 2000 | 124,542.00 |
| Systems Integration Specialist | Pixl-00-30 | Thanasis Himonas | Hour | 152.94 | 2000 | 305,877.60 |
| Documentation and Training Specialist | PIXL-00-37 | Jeffrey D. Cowles | Hour | 74.39 | 2000 | 148,777.20 |
| Systems Administrator and DBA | Pixl-00-33 | Gary Patrake | Hour | 136.29 | 2000 | 272,584.80 |
| Mid-Level Operational Support Specialist | Pixl-00-40 | Anil Akula | Hour | 73.20 | 2000 | 146,390.40 |
| | | | | | | |
| Total Labor | | | | | | 2,221,274.40 |
| G & A NTE @ 5% of Total Labor | | | | | | 111,063.72 |
| Net Total | | | | | | 2,332,338.12 |
| Travel | Pixl-MI-TRAVEL | N.A | Lot | 10,000.00 | N.A | 10,000.00 |
| Other Direct Cost | Pixl-MI-ODC | N.A | Lot | 10,000.00 | N.A | 10,000.00 |
| Grand Total | | | | | | 2,352,338.12 |

Address: 10565 Lee Highway, Suite 302, Fairfax VA 22030
Tel: (703)218-6939, Fax: (703)218-6938
Mailing Address: P.O. Box 230505 Centreville VA 20120
E-mail: officer@pixlinc.com, Web: http://www.pixlinc.com

# EXHIBIT 10

01/30/2008 16:25 7036055100 AQM PAGE 02

PIxL
Software Services Solutions

## FY 2006

| Title | Code | Employee | Unit | Approved Bid Rate ($) | Proposed Bid Rate ($) | Hours Bid | Amount ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Sr. Systems Ana III | Pixl-00-4 | Stephen Brose | Hour | 148.78 | 151.70 | 2000 | 303,400.00 |
| Info. Sys Analyst I | Pixl-00-12 | Shahid Munir | Hour | 84.66 | 86.50 | 2000 | 173,000.00 |
| Data Base Administrator I | Pixl-00-32 | Shyue-Shu Shen | Hour | 62.27 | 63.50 | 2000 | 127,000.00 |
| Documentation and Training Specialist | Pixl-00-37 | Jeffrey D. Cowles | Hour | 74.39 | 75.85 | 2000 | 151,700.00 |
| Mid-Level Operational Support Specialist | Pixl-00-40 | Anil Akula | Hour | 73.20 | 74.65 | 2000 | 149,300.00 |
| | | | | | | | |
| Total Labor | | | | | | | 904,400.00 |
| G & A NTE @ 5% of Total Labor | | | | | | | 45,220.00 |
| Travel | Pixl-MI-TRAVEL | N.A | Lot | 10,000.00 | 10,000.00 | N.A | 10,000.00 |
| Other Direct Cost | Pixl-MI-ODC | N.A | Lot | 10,000.00 | 10,000.00 | N.A | 10,000.00 |
| Grand Total | | | | | | | |

**Note:**
The text highlighted in blue color and its effect is the only proposed change. The proposed rate increase is 4% off of the FY 05 rate vs. 2% originally approved.

Address: 10201 Lee Highway, Suite 530, Fairfax VA 22030
Tel: (703)218-6939, Fax: (703)218-6938
Mailing Address: P.O. Box 230505 Centreville VA 20120
E-mail: officer@pixlinc.com, Web: http://www.pixlinc.com