# EXHIBIT 11

PIxL
Software Services Solutions

# PROP SAL

## Infrastructure (I-W b) project – FY07

F r

## USDA, Fores Service (FS)

Submi ted By

F xl Inc.
10201 Lee ...
Fairfa , VA 22030

Phone 703)218-6939
Fax 703)218-6937
Email: off cer@pixlinc.com
Web: w vw.pixlinc.com

RECEIVED
2006 AUG 25 P 3:51
ACQUISITION MANAGEMENT

**GSA Schedule# GS-35F-0251K**
**DUNS: 86-920-6540**
**Woman Owned, SBA 8(a) certified**

This proposal includes data that shall not be dis osed outside the Government and shall not be duplicated, used, or disclosed—in whole or par -for any purpose other than to evaluate this proposal.

V. Jacobsen
V. JACOBSEN

PIxL

Software Services Solutions

# COST PROPOSAL

## Infrastructure (I-Web) project – FY07

For

USDA, Forest Service (FS)

Submitted By

Pixl Inc.
10201 Lee Highway, Suite 530
Fairfax, VA 22030

Phone (703)218-6939
Fax (703)218-6937
Email: officer@pixlinc.com
Web: www.pixlinc.com

GSA Schedule# GS-35F-0251K
DUNS: 86-920-6540
Woman Owned, SBA 8(a) certified

*This proposal includes data that shall not be disclosed outside the Government and shall not be duplicated, used, or disclosed—in whole or part—for any purpose other than to evaluate this proposal.*

*PI*XL

Software Services Solutions

## Table of Contents

1. Estimated Hours ....................4
2. Cost Breakdown ....................4

*PI*xL

Software Services Solutions

## 1. Estimated Hours

We will support the INFRA project throughout all phases as required by the program office. We have provided estimated labor hours for the FY 07 fiscal year that are in line with the previous years.

## 2. Cost Breakdown

Please note that Pixl is proposing 3% hike on the pre-approved labor rates for the Fiscal Year FY 07. The cost breakdown for the fiscal year FY07 is as follows:

PIXL

Software Services Solutions

## FY 2007

| Title | Employee | Unit | Competitive Unit Rate ($) | Proposed Qty | Amount ($) |
|---|---|---|---|---|---|
| | | | | | |
| Sr. Systems Ana III | Stephen Brose | Hour | 153.24 | 2000 | 306,486.80 |
| Sr. Systems Ana III | Mohammad Amir | Hour | 153.24 | 2000 | 306,486.80 |
| Info. Sys Analyst I | Shahid Munir | Hour | 89.10 | 2000 | 178,190.00 |
| Systems Analyst II | Thompson Grant | Hour | 122.64 | 2000 | 245,284.20 |
| Staff Engineer | William Thomas Burtt | Hour | 120.40 | 2000 | 240,793.40 |
| Data Base Administrator I | Shyue-Shu Shen | Hour | 66.07 | 2000 | 132,149.00 |
| Systems Integration Specialist | Thanasis Himonas | Hour | 157.53 | 2000 | 315,056.40 |
| Documentation and Training Specialist | Jeffrey D. Cowles | Hour | 78.13 | 2000 | 156,251.00 |
| Systems Administrator and DBA | Gary Patrake | Hour | 140.38 | 2000 | 280,757.40 |
| Mid-Level Operational Support Specialist | Anil Akula | Hour | 76.89 | 2000 | 153,779.00 |
| Senior GIS Programmer / Analyst | Minru Liao | Hour | 108.28 | 2000 | 216,567.80 |
| Project Management | Ajay Sagar | Hour | 106.09 | 480 | 50,923.20 |
| | | | | | |
| Total Labor | | | | | 2,582,725.00 |
| | | | | | |
| Net Total | | | | | |
| Proposed travel | N.A | Lot | 10,000.00 | N.A | 10,000.00 |
| Other Direct Cost | N.A | Lot | 10,000.00 | N.A | 10,000.00 |
| Grand Total | | | | | |

I, hereby, acknowledge the receipt of 2 copies of Infra Project – FY 2007 Vendor Proposal from Pixl Inc.

Date Received: August 25, 2006

Time Received: ______________________________

Name: ______________________________

Title: ______________________________

Signature: ______________________________

The Forest Service does not accept the Pixl Proposal for FY 2007 as written.

8/25/06

COR

# EXHIBIT 12

Robert

Jaeger/WO/USDAFS

To

09/01/2006 03:39 "archana" <archana@pixlinc.com>

PM

cc

"Daryl Herman"

<dherman@fs.fed.us>

Subject

RE: INFRA contract

AG-3187-C-06-0043(Document link:

Robert Jaeger (Archive) )

Archana, The modification to any contract has to be done in IAS; our procurement system. I printed the mod out and signed it. However, I need to attach the agreed to rates for FY07 to make it complete. August 25 was the date I completed the modification with an effective date of Oct 1, 2006.
The correct annual date is Oct 1, 2006 to Sep 30, 2007 (if I go by contract provisions established in 43-3187-4-1017). A discipline is a labor category such as project manager or software designer etc. Your 2007 proposal was found to be non-responsive because you included labor categories
(disciplines) and personnel who are not working now and we do not anticipate working on your contract in 2007. We need you to resubmit the price proposal showing the exact labor categories and personnel you have now only - this would constitute the revised proposal - part that we need resubmitted.
Robert Jaeger
Branch Chief, Operations - Acquisition Management USDA, FS - Washington Office ph (703) 605-4883 or FAX 5100
e-mail: rjaeger@fs.fed.us

"archana"

<archana@pixlinc.

com>

To

"Robert Jaeger"

<rjaeger@fs.fed.us>

09/01/2006 03:01

cc

PM "Daryl Herman"

<dherman@fs.fed.us>

Subject

RE: INFRA contract

# EXHIBIT 13

# _ICITATION, OFFER AND AWARD

| | | | |
|---|---|---|---|
| 1.THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING | PAGE OF 1 | 25 PAGES |

| 2. CONTRACT NUMBER | 3. SOLICITATION NUMBER | 4. TYPE OF SOLICITATION | 5. DATE ISSUED | 6. REQUISITION/PURCHASE NUMBER |
|---|---|---|---|---|
| | AG-3187-S-07-0005 | ☐ SEALED BID (IFB)<br>X NEGOTIATED (RFP) | 04/05/07 | |

7. ISSUED BY CODE
USDA - Forest Service, AQM
1400 Independence Ave., SW, Mail Stop 1138
Washington, DC 20250-1138

8. ADDRESS OFFER TO *(If other than Item 7)*

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

## SOLICITATION

9. Sealed offers in original and 0 copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if handcarried, in the depository located in **Building 24, Fort Missoula, Missoula, MT 59804** until **4:00 pm** *(Hour)* local time **04/26/2007** *(Date)*

CAUTION - LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL: | A. NAME | B. TELEPHONE NO. *(NO COLLECT CALLS)Area Code/Number/Extension* | C. E-MAIL ADDRESS |
|---|---|---|---|
| | **Barbara Benninghoff** | **(406) 329-3794** | **bbenninghoff@fs.fed.us** |

11. TABLE OF CONTENTS


| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 13-17 |
| X | B | SUPPLIES OR SERVICES AND PRICES | 2-3 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 4-9 | X | J | LIST OF ATTACHMENTS | 18 |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 10 | X | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | 19 |
| X | F | DELIVERIES OR PERFORMANCE | 11 | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | X | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | 20-23 |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 12 | X | M | EVALUATION FACTORS FOR AWARD | 24-25 |


## OFFER *(Must be fully completed by offeror)*

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

2. In compliance with the above, the undersigned agrees, if this offer is accepted within ______ calendar days *(60 calendar days unless a different period is inserted by the offeror)* from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the designated point(s), within the time specified in the schedule.

| 3. DISCOUNT FOR PROMPT PAYMENT *(See Section I, Clause No. 52-232-8)* | 10 CALENDAR DAYS % | 20 CALENDAR DAYS % | 30 CALENDAR DAYS % | CALENDAR DAYS % |
|---|---|---|---|---|

| 4. ACKNOWLEDGMENT OF AMENDMENTS *(The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated):* | AMENDMENT NO. | DATE | AMENDMENT NO. | DATE |
|---|---|---|---|---|
| | | | | |

| A. NAME AND ADDRESS OF OFFEROR | CODE ____ FACILITY ____<br>**DUNS NO.:** ________ | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or Print)* |
|---|---|---|

| 5B. TELEPHONE NO. *(Include area code and extension)* | ☐ 15C. Check if remittance address is different from above – enter such address in Schedule. | 17. SIGNATURE | 18. OFFER DATE |
|---|---|---|---|

## AWARD *(To be completed by Government)*

| 9. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT | 21. ACCOUNTING AND APPROPRIATION |
|---|---|---|

2. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304 (c) ( ) ☐ 41 U.S.C. 253(c) ( )

23. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ITEM

4. ADMINISTERED BY *(If other than Item 7)* CODE

25. PAYMENT WILL BE MADE BY CODE
**Submit invoice to COR for the work performed. Invoice will be reviewed and approved or rejected by the COR within 7 days of receipt of the invoice. Rejected invoices must be corrected and resubmitted. COR will forward the approved invoice to the CO who will submit to: USDA, OCFO, COD, APB, PO Box 60075, New Orleans, LA 70160**

| 6. NAME OF CONTRACTING OFFICER (Type or print) | 27. UNITED STATES OF AMERICA<br>*(Signature of Contracting Officer)* | 28. AWARD DATE |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by other authorized official written notice.

# PART I - THE SCHEDULE
## SECTION B - SUPPLIES OR SERVICES AND PRICES
## I-Web Technical Services and Support
## Infra, USDA Forest Service, Washington Office

### B.1 Schedule of Items - Labor Categories

The contractor may find that the list of suggested labor categories may not be in agreement with the contractor's proposed management plans; therefore adjustments to this list are allowed to maintain consistency with the contractor's proposed plans.

| Suggested Labor Category | Amount of hours | Base Year Cost Per Hour | Escalation Rate* |
|---|---|---|---|
| .NET Developer, Senior | | | |
| Data Analyst | | | |
| Data Analyst, Senior | | | |
| Data Base Administrator | | | |
| Data Base Administrator, Senior | | | |
| Design Analyst, Senior | | | |
| GIS Developer | | | |
| GIS Developer, Senior | | | |
| IT Project Manager, Senior | | | |
| Java Developer | | | |
| Java Developer, Senior | | | |
| Oracle Developer | | | |
| Oracle Developer, Senior | | | |
| Product Manager | | | |
| Program Administrator Senior | | | |
| Program Analyst, Senior | | | |
| Scheduler-500 hrs | | | |
| Software Tester | | | |
| Software Tester, Senior | | | |
| System Administrator | | | |
| Technical Writer | | | |
| Technical Writer, Senior | | | |

***Escalation Rate:** The escalation rate shall be identified for each of the four option periods.

### B.2 Travel

The contractor will be reimbursed for travel to provide support at a Government site or other site as may be specified and approved by the Contracting Officer under this Performance Work Statement. All travel shall be approved, by the Contracting Officer, prior to commencement of travel. The contractor shall be reimbursed for actual allowable and reasonable travel costs incurred during performance of this effort in accordance with the Federal Travel Regulations currently effective on date of travel.

**B- 2 Basis of Award**

One Task Order will be awarded. See Section L for instructions for proposal preparation and Section M for the basis of award.

# PART I - THE SCHEDULE

## SECTION C - DESCRIPTION/SPECIFICATIONS/STATEMENT OF WORK

### C.1 Performance Work Statement

The United States Department of Agriculture (USDA) Forest Service (FS) is issuing a Performance Work Statement (PWS) to obtain technical services and support for the I-Web Program.

1.0 Introduction

The United States Department of Agriculture (USDA) Forest Service (FS) has a mission critical software development program and needs consultants to continue the work on Web-enabled applications during the next five years (base year plus four one-year option periods). This development effort, collectively know as I-Web, consists of approximately 40 existing applications or modules enable the FS to manage Infrastructure (Infra), activity, and natural resource related programs such as Range, Bridges, Roads, Wilderness, Timber, and Threatened - Endangered Species

This Performance Work Statement (PWS) generally describes the range of services anticipated for the duration of this task order. Specific descriptions of individual subtasks under this task order are provided in Section J.

2.0 Background

The U.S. Department of Agriculture (USDA) Forest Service (FS) is a Federal Agency that manages public lands in national forests and grasslands. The Forest Service, the largest forestry research organization in the world, provides technical and financial assistance to state and private forestry entities. Gifford Pinchot, the first Chief of the Forest Service, summed up the purpose of the Forest Service, "To provide the greatest amount of good for the greatest amount of people in the long run."

The I-Web Program supports USDA and FS Program (Business) Areas by providing a single, centralized database that offers a more efficient data usage for both field users and Forest Service decision makers. The I-Web Corporate Data Warehouse (CDW) provides a central, nationwide data repository that will be maintained via this task order. With all data in one database, data is much more accessible. Field users can more easily compare their data to neighboring Districts/Forests/Regions and Agency decision makers can more efficiently view trends and plan accordingly.

Users responsible for entering data into more than one of these applications may now do so using only one user name and password via USDA's eAuthentication process. Furthermore, they can access all data from the convenience of a standard Internet browser.

3.0 Scope

**3.1 Operations of I-Web General Support System**

The contractor shall provide for I-Web operations detailed in their approach, abilities and experience in the operation and maintenance of systems similar to the I-Web GSS in order to provide a high level of availability, reliability, and performance. This is required for all of I-Web's environments: production, testing, development, training, and help desk. The contractor shall be responsible for required technology updates for the I-Web environments. Additional information is located in the dba.doc, which is located in the I-Web Released Modules appendix.

This document titled, Systems and DBA Support, is a further description of the architecture and processes that the contractor will support.

The contractor will continue to perform the operational processes identified in the I-Web Operations Guide for maintaining the I-Web General Support System (GSS). In order to maintain the GSS in a continuous state of readiness, the contractor shall successfully execute the approach the contractor submitted as per Section M of this PWS and approved by the FS. The approach should detail the contractor's ability and experience in identifying and resolving errors in previously installed system hardware and/or software applications.

## 3.2 Maintenance of I-Web Released Applications - Modules

The contractor shall maintain the existing applications and modules that make up I-Web by developing and implementing minor changes and fixes approved by the I-Web governance processes and scheduled releases. There are approximately seven point releases expected during the first year period of performance. Legislative clarifications often create a requirement to update FS information tracking processes that may require changes to existing modules and may impact the scope of this task order. The contractor will work with FS Program Managers and User Boards to review and analyze changes needed to maintain the released modules. The contractor shall provide user support through the ongoing training and support of I-Web's Help Desk operations. The contractor shall provide web-based training materials and appropriate user/administration documentation for I-Web modules including those with a spatial data engine interface.
The following is the current list of the I-Web released modules.

| <u>Existing I-Web Module Description Document List</u><br>The descriptions of the modules is found in appendix, I-Web Released Modules | | |
|---|---|---|
| **J3.1 "Attachments Documentation"** | **J3.14 Grants and Agreements (GA)** | **J3.27 Roads** |
| **J3.2 Buildings** | **J3.15 Geo-Locators** | **J3.28 Real Property Management** |
| **J3.3 Corporate Data Warehouse (CDW)** | **J3.16 Geographic Information Systems (GIS)** | **J3.29 Data Security** |
| **J3.4 Contacts** | **J3.17 Grazing Permits** | **J3.30 Steward Data Management** |
| **J3.5 CPAIS (USDA)** | **J3.18 Heritage Resources** | **J3.31 Special Uses** |
| **J3.6 CPAIS Interface** | **J3.19 I-Web Mobile** | **J3.32 Timber Information Manager** |
| **J3.7 Dams** | **J3.20 Major Culverts** | **J3.33 Trail Bridges** |
| **J3.8 DBA [Systems & Data Support]** | **J3.21 Mineral Materials Permits** | **J3.34 Trails** |
| **J3.9 Deferred Maintenance Summary** | **J3.22 Miscellaneous Features** | **J3.35 User Management Application (FS)** |
| **J3.10 Environmental Compliance and Protection** | **J3.23 Miscellaneous Land Units** | **J3.36 Wastewater Systems** |
| **J3.11 Forest Service Activity Tracking System** | **J3.24 Rangeland Management** | **J3.37 Water Systems** |
| **J3.12 FFIS Interface** | **J3.25 Recreation Sites** | **J3.38 Wilderness** |
| **J3.13 Federal Real Property Profile** | **J3.26 Road Bridges** | **J3.39 Wild and Scenic Rivers** |
| | | |

### 3.3 Software Development Life Cycle for Current and Future I-Web Applications - Modules

Technical Skills and Knowledge - The FS is currently seeking technical contractor support to develop and implement the following I-Web system modules. See Section J appendix, I-Web DME 2007, for descriptions of the modules. The contractor shall support all applicable life cycle phases for the development and implementation of currently approved and future I-Web modules. Support from concept development through system retirement will follow applicable FS, USDA and approved industry standards. I-Web modules must pass formal User Acceptance Testing (UAT) before acceptance as a deliverable as part of this PWS. A sample work breakdown structure is provided in appendix I-Web Sample Work Breakdown Structure, to illustrate industry best practices for the development products such as those below.

I-Web D/M/E Modules for Fiscal Year (FY) 2007

Project #1 Transportation
- 1(a) Signs
- 1(b) Authorization
- 1(c) Culvert Installations

Project #2 – Minerals & Geology
- 2(a) Mineral Materials Permits
- 2(b) Mine Sites

Project #3 - TIM Post Award Phase 1

Project #4 - I-Web FY07 CPAIS DME
- 4(a) Colocation
- 4(b) User Management Application (UMA) + Main Menu
- 4(c) Ad-hoc Query Tool (AQT)
- 4(d) Operation Energy Changes

Project #5 - Lands
- 5(a) FS Means

Project #6 – Grants and Agreements
- 6(a) RACA Tracking Database
- 6(b) Incident Business

These applications currently are designed, developed and maintained using but not limited to the following on site available equipment provided by the FS:

- Oracle 10G products: Designer, Forms, Reports, JDeveloper, Application Server, RDBMS
- Database tools: SQL Plus, PL/SQL, TOAD
- J2EE, JSP, web services
- HP Mercury testing products
- ESRI GIS products: ArcGIS, ArcServer, ArcMap, ArcSDE, etc.
- Sun Solaris 9
- Novell SUSE Linux
- IBM WebSphere
- Serena PVCS products

## 3.4 Migration of FS Applications – Modules to the I-Web GSS

Applications such as the National Resource Information System (NRIS) are migrating from the distributed FS IT environments to the I-Web GSS. NRIS, an application of seven modules, is currently the first to migrate into the I-Web environment. FS Management is planning for other applications to migrate into the I-Web environment. The contractor shall manage the migration efforts to be sure that the I-Web system (GSS and applications) continues to remain reliable, available, secure, and extendable. The migration activities will span most of I-Web's teams such as GSS operations team for releases and module maintenance team for testing of the module within the I-Web environment. Technology updates and application migrations include migrating legacy data and modules under tight time constraints.

## 3.5 I-Web Project Management and Management of Interfaces with Internal and External Systems

The contractor shall provide project recommendations and reporting to the FS I-Web Managers regarding the I-Web connectivity and data exchanges with external systems. The contractor shall support the coordination with USDA applications (e.g. CPAIS, FFIS) and other FS applications (e.g. PAS, Planning, Appeals, and Litigation System (PALS) ) to design, monitor, and maintain the interfaces. The Contractor shall maintain security and interconnection agreements, as required for complying to FS, USDA, federal, and IT standards and best practices. For example, the contractor shall maintain for Security Certification and Accreditation documentation, technical controls, and recommend management controls.

The contractor shall work with the I-Web Help Desk team to review and analyze tickets.

### 3.5.1 Transition Execution

The contractor shall successfully execute the transition approach the contractor submits as per Section M of this PWS, following the detailed description of transition activities. The FS will monitor the transition as per the QASP of this PWS.

### 3.5.2 Task Order Management and Execution

The contractor shall successfully manage the task order, and shall be responsible for managing and overseeing the activities of all contractor personnel, as well as subcontractor efforts used in performance of this effort. The contractor's management responsibilities shall include all activities necessary to ensure the accomplishment of timely and effective support, performed in accordance with the requirements contained in this PWS.

The contractor shall implement a formal change control process and shall meet with the COR as necessary to maintain satisfactory performance and to resolve issues and manage changes. At these meetings, a mutual effort will be made to resolve problems identified. Written minutes of these meetings shall be prepared by the contractor, signed by the Contractor's designated representative, and furnished to the Government within two (2) workdays of the subject meeting.

### 3.5.3 Project Management

The contractor shall provide project management for I-Web in accordance with FS, USDA, Federal and industry standards and best practices such as The Project Management Institute. For successfully accomplishing subtasks and subtask elements, the contractor shall execute the project management plan that the contractor submits and is accepted by the FS Contracting Officer (CO). The Contractor shall implement a formal change control process and deliver periodic reports to the I-Web COR and Management Team for review. Proposed changes to the baseline project plan will be mutually agreed to by the contractor and the FS CO.

The Contractor shall use the on site available equipment and office space provided to the contractor by the FS for the contractor. The contractor will provide Project Management documentation to the FS using the tools made available by the FS including but not limited to: MSProject, Serena PVCS, I-Web Tracker, WorkLenz (USDA), and ancillary office automation products in accordance with FS, USDA, and federal standards.

### 3.5.4 Performance Reporting

The contractor shall document their progress in the completion of subtask elements in detailed periodic status reports and present the information at periodic status meetings with the I-Web COR and Managers. The status reports shall include, but not limited to the following: Progress toward the accomplishment of the milestones and deliverables during the period of performance including the risks to cost and schedule. Activities planned for the next reporting period as well as the status of deliverables, including planned delivery date(s) and actual and/or anticipated delivery date(s). Problems encountered: identification of any problems, issues or delays and recommendations as to their resolution, and any corrective action that was taken to correct identified problems.

### 3.5.5 Task Order Administration

**Labor Category – Subcontractor**

The FS Contracting Officer shall approve all subcontractors added to this task order. The Government reserves the right to judge the acceptability of the contractor's proposed solution approach including the proposed matrix of resources.

The contractor will perform task order administration support to the I-Web Managers that are not inherently governmental in nature.

### 3.5.6 Quality Control

The contractor shall perform quality control by following the Quality Control Plan (QCP) that the contractor submits and is approved by the FS CO. Any proposed modifications to the QCP during the life of the task order shall be approved by the Contracting Officer.

The contractor shall report fatal and other errors to the COR and I-Web Management Team as they occur and/or in the periodic status reporting documents and meetings.
A description of the methods to be used for identifying and preventing defects in the quality of service performed and the prevention of recurring defects.

The ongoing records of inspections, inspection results, and corrective action required and preformed shall be maintained by the contractor throughout the term of the task order with the on site equipment made available by the FS. This information shall be the property of the Government and made available to both the Contracting Officer and the COR upon request.

**C- 2 Location and Description:**

Approximately 90% of the people are at the WO in Rosslyn, located at the following address:
USDA Forest Service, WO, ENG
I-Web Team
1601 North Kent Street (RPC)
Arlington, VA 22209
The I-Web managers office is in Suite 500
The I-Web contractors are in Suite 300

Approximately 10% of the people are at Region 2's office, located at the following address:
USDA Forest Service, R2
I-Web Team
740 Simms Street
Golden, CO 80401

**C- 3 Government-Furnished Property/Services**

The Government will provide to the Contractor for use in the performance of this contract work stations and support services equipment found in a normal business environment, which includes such items as copiers, printers, telephones etc. This property shall be used and maintained by the Contractor in accordance with the provisions of the "Government Property" FAR clause contained elsewhere in the contract. Items will be made available at a mutually agreeable date and location.

**C- 4 Government Quality Assurance**

Quality assurance will be performed by the Government during the contract at regular intervals. Methods may include visual survey and review of Contractor quality control documents. Deduction for work may include rework at no cost to the Government or Government acceptance with price reduction. See Section J, Exhibit J2, Quality Assurance Surveillance Plan (QASP) and J6, Performance Requirements Summary (PRS) and J8, Schedule of Deliverables.

**C- 5 Contractor Quality Control**

The Contractor, not the Government, is responsible for management and quality control actions to meet the terms of this contract. The role of the Government is quality assurance to ensure contract standards are met.

Records of quality inspections shall be kept and made available to the Government throughout the performance period and for the period after contract completion until final settlement of any claims under this contract.

A description of the site specific quality control inspection plan shall be provided within thirty (30) days of contract award. The plan shall include; (1) control procedures for security of Government-provided items such as keys, and lock combinations; (2) location of the inspection documents; (3) corrective or preventive actions that will be taken to meet quality standards; and (4) a customer comments feedback system.

# EXHIBIT 14

United States Department of Agriculture | Forest Service | Washington Office | 14th & Independence SW
P.O. Box 96090
Washington, DC 20090-6090

**File Code:** 6320 **Date:** April 5, 2007

**Route To:**

**Subject:** Solicitation Number AG-3187-S-07-0005, I-Web Technical Services and Support

**To:** Potential Interested Parties

The above referenced solicitation is posted on eBuy for the VETS GWAC contractors, set aside for Service-Disabled Veteran-Owned Small Businesses. Only the Request for Quotation (RFQ) is posted. All terms and conditions under your VETS GWAC contract are applicable to this order. The solicitation contains additional Department of Agriculture clauses and Forest Service clauses. If you are interested in the project please respond and all exhibits will be emailed to your firm. A summary of the project is stated below.

I-Web is a software development program and needs consultants to continue the work on Web-enabled applications during the next five years (base year plus four one-year option periods). I-Web, consists of approximately 40 existing applications or modules which enables the Forest Service to manage Infrastructure (Infra), activity, and natural resource related programs such as Range, Bridges, Roads, Wilderness, Timber, and Threatened - Endangered Species. The I-Web Program supports USDA and FS Program (Business) Areas by providing a single, centralized database that offers a more efficient data usage for both field users and Forest Service decision makers. The I-Web Corporate Data Warehouse (CDW) provides a central, nationwide data repository that will be maintained via this task order.

The following contractors are currently providing support to for this requirement:

**Anteon-General Dynamics Information Technology**
Donald L James
301-692-0606 direct
781-823-0560 fax
Don.James@GDIT.com
www.gdit.com
3040 Williams Drive
Fairfax, VA 22031

**Elite Systems**
Ziad Kurdi
703-279-1790
Fax: (703) 279-1670
zkurdi@elitesystems.net
11350 Random Hills Road
Suite 800
Fairfax, VA 22030

**ETI Professionals**
Crystal Burrit
P: (978) 392-0333
F: (978) 392-0555
cburritt@etipros.com
Corporate Office
165 South Union Blvd. Suite 700
Lakewood, CO 80228

**IRM Consulting Group**
Marin Rose Graney
202-423-3581
fax: 202-223-1892
marinrose@irmconsultinggroup.com
10 Beachside Drive, No. 202
Vero Beach, FL 32963

Pixl Inc.
Ajay Sagar
Phone: 703-218-6939
Fax: 703-218-6937
officer@pixlinc.com
10201 Lee Highway, Suite 530
Fairfax VA 22030

If you are interested in receiving the exhibits associated with the solicitation please send a request to bbenninghoff@fs.fed.us referring to solicitation number AG-3187-S-07-0005, requesting the exhibits. The receipt date for offers is April 26, 2006, at 4:00 p.m. MT. Additionally, I may be contacted at 406-329-3794.

/s/Barbara Benninghoff
BARBARA BENNINGHOFF
Contracting Officer

# EXHIBIT 15

United States Department of Agriculture | Forest Service | Washington Office | 1400 Independence Ave. SW
Mail Room 707 RP-E
Washington, DC 20250-1138

**File Code:** 6320-1 **Date:** April 4, 2007

**Subject** Iweb Forest Service requirement
Contract No./ Order Number AG-3187-C-06-0043

**To:** Mr. Ajay Sagar
Pixl Inc.
10201 Lee Highway #530
Fairfax, VA 22030

Dear Mr. Sagar,

The above referenced project/requirement will be advertised on ebuy and your firm is encouraged to participate as a sub-contractor to any of the firms intending to submit a proposal in accordance with the posted RFP. You are receiving this notification now as we intend to post the RFP within a few working days and well in advance of the expiration of your contract which takes place September 30, 2007, as we anticipate needing six months lead time to complete the pre-award processes.

If you have any questions please contact me at (703) 605-4883 or email address rjaeger@fs.fed.us .

Sincerely

/ S/

ROBERT D. JAEGER
Contracting Officer

cc: Lou Leibbrand, Acting Director Engineering
Sue Preece, Acting Program Manager
Suzan Hixson, COR
Bonnie Gilbert, Branch Chief WO-AQM IT Support

# EXHIBIT 16

Law Offices of David B Nolan
8310 Wagon Wheel Road
Alexandria, VA 22309
(O) 703-780-1864
(Fx) 703-780-1434

April 13, 2007

Procurement Control Group
Office of General Counsel
Government Accountability Office
441 G Street, N.W.
Washington, DC 20548

Re: Bid Protest Regarding the legal sufficiency of the April 5, 2007 USDA Forest Service solicitation #AG-3187-S-07-0005, as corrected on April 12, 2007, for a June 1, 2007 – May 31, 2008 contractual award. .

**Dear Procurement Control Group:**

**As per Title 4 of the Code of Federal Regulations (C.F.R.), Part 21, my legal client, Pixl Inc., (hereafter Pixl), hereby protests the legal sufficiency of the April 5, 2007 solicitation AG-3187-S-07-0005 and its April 12, 2007 correction.**

**The solicitation for a June 1, 2007 award by the USDA Forest Service improperly supersedes the 8(a) award to Pixl as the lead 8(a) prime on the INFRA Project and its 8(a) award for the FY 2007 and FY 2008 option years.**

**Upon information and belief, Pixl finds that the scope of the solicitation remains legally deficient and highly irregular as follows:**

**(1) Pixl is informed and believes that the solicitation was presented to IRM Consulting Group, Inc. prior to its official release on April 5, 2007.**
**(2) The solicitation in its still to be corrected form is too vague in its "scope" to enable precise bids the meaningful evaluation of those bids.**
**(3) For instance, the solicitation, even as corrected, does not sufficiently define each key position or its scope.**
**(4) The solicitation fails to state how many of the current 89 incumbents or their replacements in the 89 labor category positions will be filled into the fewer number of announced key positions.**
**(5) The scope of the solicitation does not include how many respective individuals are necessary to fill each of the key positions described.**
**(6) This "best value" solicitation disregards the scope of price or how "best value" will be determined.**

**(7) The solicitation favors IRM Consulting Group, Inc. which, through task orders never competed since 2001, has filled approximately 70 of the 89 current labor category positions on the INFRA Project by the middle of fiscal year 2007.**

**(8) Pixl's option year award for FY 2007 is based upon the USDA Forest Service award in 1999 under the USDA Forest Service 8(a) Contract # 53-3187-0-02 (Task order No. 43-3187-3-0395) and Contract # 53-3187-4-6006 (Task order No. 43-3187-4-1017). Since Pixl is the lead 8(a) prime in these awards and Pixl is entitled to over fifty (50) percent of the respective labor category positions for each fiscal year since 1999, the scope of the solicitation is unclear.**

**(9) Pixl has formed a group to bid upon the proposal when its scope becomes proper, on or after April 26, 2007.**

**Background**

Pixl is a Woman Owned, Small and Disadvantaged firm. Pixl was also an 8(a) firm under the Small Business Act at the time of its FY 2007 option year award on Contract 53-3187-4-6006 (Task order No. 43-3187-4-1017). In late 1999, Pixl became the sole 8(a) prime on the Infra Project to develop computer applications and systems for the United States Department of Agriculture (USDA) Forest Service agency (hereafter Forest Service).

The USDA Forest Service has exercised the FY 2007 option year for Pixl to continue to provide computer consultants to the Infra Project in accordance with task orders and its statement of work.

Pixl was the sole 8(a) prime on the Infra Project Contract 53-3187-4-6006 (Task order No. 43-3187-4-1017). The USDA Forest Service without a further competitive bid since 2004 on the Infra Project, has expanded the Infra Project from ten to eighty-nine (89) labor category positions, an increase of more than 200%.

Even the lead position to John Graney was task ordered to Pixl and later improperly switched to IRM Consulting Group, Inc. (IRM, hereinafter) a non 8(a) firm. In violation of the FAR, Pixl was never allowed to backfill any of its former eighteen (18) consultants on INFRA Project labor category positions. IRM should never have been allowed to grow beyond this number of filled labor category positions. IRM should never have been allowed to post itself on any GSA website as an 8(a) or Disadvantaged firm. *See Exhibit 10, " Correspondence with GSA and SBA Inspectors General."*

As the 8(a) prime, Pixl should have been allowed to fill a minimum of half of the consultant positions at each stage of the Infra Project for FY 2000 and thereafter. However, for FY 2007 and for each previous year, IRM has been allowed by the Forest Service to fill the majority of the respective labor categories. For FY 2007, IRM has been allowed to bill for at least thirty-four (34) of the seventy (70) labor category positions without competitive bidding.

For FY 2004, the Infra Project contract was extended without competition. This extension was based upon Pixl being an 8(a) prime under three million in annual billings on the Infra Project. However, Pixl was not allowed to contribute to filling the majority of the labor category positions for any fiscal year since 1999. If Pixl had reached a three million dollars threshold in invoice billings, Pixl would have had to compete with other 8(a) firms for a new pricing structure. If open competition had occurred, IRM would not have been able to compete as an 8(a) firm. IRM, not Pixl, fears open competition on the Infra Project. *See Exhibit 10* "Correspondence with GSA Inspector General" and *Exhibit 11* "Correspondence with SBA regarding Pixl's 8(a) extension request."

As the proximate result of Pixl raising irregularities under the Infra Project to Program Manager Tah Yang and other AQM officials, the Forest Service has deliberately been late in paying $257,000 of Pixl's invoices. Pixl has no assurance that the Forest Service will meet its contractual commitment to pay $86,777 in overdue invoices regarding the Option 2007 year. *See Exhibit 9*, Correspondence with USDA General Counsel, Marc Kesselman

But for Pixl being a minority owned firm owned by native born Asiatic Indians, Pixl would not have suffered this disparate treatment from how non-minority firms are treated by the Forest Service. Five of the seven consultants improperly removed from Pixl are either minority or foreign born computer engineers. *See Exhibit 8, Correspondence with Kenneth Baisden, Jr., USDA Office of Civil Rights.*

**Protest Elements**

Section 21.1(a) Pixl protests the April 4, 2006 solicitation AG-3187-S-07-0005 as legally deficient.

This solicitation cannot supersede on June 1, 2007 the 8(a) award to Pixl in AG-3187-4-1017 through FY 2008 without USDA Forest Service invocation of termination for cause or convenience procedures.

Since Pixl is the sole 8(a) prime on the Infra Project, it is entitled to at least fifty one percent of the seventy labor category consultants on the task order for FY 2007. Since Pixl has been granted funding for no more than four positions on the Infra Project for FY 2007, the other primes must have fewer consultants cumulatively.

These others have 85 for the FY 2007, out of which IRM has the largest share with 70. Pixl herein incorporates by reference improprieties in the award of option years that have resulted in a partial termination of Pixl's lead prime role on the Infra project.

Section 21.1(b) Pixl seeks relief from the Procurement Control Group of the Office of General Counsel, Government Accounting Office, located at 441 G Street, N.W. Washington, D.C. 20548

Section 21.1(c) (1) : Pixl is located at 10201 Lee Highway, Suite 530, Fairfax, VA 22030. Phone: 703-218-6939, Fax: 703-218-6937, Email: officer@pixlinc.com.

Section 21.1 (c) (2) Pixl is represented in this protest by the Law Offices of David B. Nolan, 8310 Wagon Wheel Road, Alexandria, VA 22309. Phone: 703-780-1864, Fax: 703-780-1434, Email: dbnesq1@aol.com.

Section 21.1 (c) (3) The USDA Forest Service is the contracting agency. Pixl proposal for FY 2007 was submitted under the Solicitation # WO-00-01, resulting in the award of contract # 53-3187-0-02. Then the Pixl award continued under Request for Proposal WO 04-09VM, resulting in the award of contract # 53-3187-4-6006.

The Forest Service awarded 11 positions to Pixl under the contract # 53-3187-4-6006 for year 2004, with options for the same statement of work in 2005 through 2008, inclusive. *See Exhibit 1 "Pixl Infra Contract Award 2004 and 1999."*

Section 21.1 (c) (4) The Forest Service has exercised the FY 2007 option year for Pixl to continue to provide computer consultants to the Infra Project in accordance with task orders and its statement of work. Instead of providing adequate funding for eleven (11) labor categories under the Pixl proposal for FY 2007, the Forest Service has only awarded $825,000. This amount will fund no more than four (4) consultants for fiscal year 2007 if the USDA Forest Service pays its invoices in full.

The Forest Service's September 2006 task order is inconsistent with email from the Contracting Officer Representative (COR) Daryl Herman that incorrectly limits Pixl to FY 2006 labor category rates. *See Exhibit 5 "Email, dated 9/22/06, and attached task order from Daryl Herman for FY 2007 option year."*

Pixl's proposal for 11 positions at FY 2007 labor rates was rejected by Contracting Officer Robert Jaeger. Pixl has not provided a proposal that reduces 11 labor categories to 4 or reduces 2007 rates to those of 2006. *See Exhibit 4 "Emails, dated 8/23/06 and 8/02/06, from COR Daryl Herman, for FY 2007 vendors proposals" and Exhibit 3 "Infra project award for option year 2007."*

The Forest Service has not modified Pixl's statement of work on the Infra Project. The eleven consultants procured by Pixl for the Infra Project remain performing the task order for FY 2007. However, in violation of the Federal Acquisition Regulation (FAR) and without legal notice to Pixl or contract modification, the Forest Service has improperly

removed seven of Pixl's task ordered consultants and not allowed Pixl to back fill any of these positions.

The Forest Service moved six (6) of Pixl's consultants in six labor category positions to the non 8(a) firm IRM. The Forest Service moved one (1) Pixl consultant to Elite, also a non 8(a) firm, as an employee. *See Exhibit 6 "Emails from Infra CO, COR and threatening and extorting emails from John Graney – mostly over USDA Forest Service phone and Internet wires,"* and *Exhibit 9 "Correspondence with USDA General Counsel, Marc Kesselman."*

Section 21.1 (c) (5) Pixl is an interested party since it received an 8(a) contractual award on the INFRA Project for FY 2007. Pixl was the sole 8(a) prime awarded the Infra Project in 1999 and 2004.

Section 21.1 (c) (6) Pixl files this protest within the first ten days of the April 5, 2007 solicitation. . Pixl has not received any explanation for its lack of funding in FY 07 and the failure of Robert Jaeger to pay $86,770 in FY 2007 invoices due for the INFRA Project. Pixl has not agreed to any contract modifications on the Infra project. Any attempted modifications by the USDA Forest Service are unilateral.

Pixl challenges the legal sufficiency of solicitation AG-3187-S-07-0005 for June 1, 2007 through May 31, 2008, including but not limited to the following:

(1) The USDA Forest Service has failed to invoke termination for convenience regarding the scope of work which has already been contracted out in task order 43-3187-4-1017 for FY 2007 and anticipated in FY 2008.

(2) Special Contract Requirement H3 - If the USDA Forest Service wants little change in "key personnel," why invoke any change in the middle of fiscal year 2007. If there is no USDA Forest Service intent to save "price," what is the purpose of a mid fiscal year change at all?

The USDA Forest Service improperly took from April to October 2005 seven (7) labor category positions from Pixl and "awarded" six (6) to IRM and one (1) to its claimed partner company, Elite. Pixl contends that the agency made an improper source selection decision by awarding these labor categories based on IRM and Elite unidentified "technical merits." Such Forest Service action does not have a reasonable basis for its award decision regarding the majority of Infra project consultants. *Exhibit 2 "Response from Daryl regarding Pixl's enquiry for FY 05 proposal."*

Because of the ongoing failure of the USDA Forest Service to pay Pixl's invoices in full or in part since March 2005, the GAO has good cause to review the abuse and adjudicate damages concerning contract improprieties by the USDA Forest Service and undermining the procurement system.

Since the December 11, 2006 filing of Pixl's Certified Formal Claim and request for decision, the USDA Forest Service projects have not been paid $257,000 in overdue invoices cited therein. Contracting Officer Robert Jaeger has failed to pay $87,770 in additional overdue invoices on the INFRA Project since December 11, 2006

Section 21.1 (c) (7) Pixl requests a ruling by the Comptroller General in its favor.

Section 21.1 (c) (8) Pixl requests adequate funding for nearly fifty percent of the seventy consultant positions on the Infra Project under solicitation AG-3187-S-07-0005. Pixl requests the ability to back fill not only positions improperly taken away from it, but to also backfill positions to reach its proper level of nearly fifty percent of the seventy labor category positions on the Infra Project.

At the time of this protest, Pixl has not received payments on invoices submitted to the USDA Forest Service, totaling over $344,000. In furtherance of this scheme of harassment, many USDA Forest Service payments are inaccurate by both small and large degrees. Moreover, the USDA Forest Service sends false collection notices, some with invented invoice references. When INFRA contracting officer, Robert Jaeger, made hand written alterations to convert without approval Pixl's September 2006 invoice for 8(a) funding to one requesting GSA Schedule funding, the USDA Office of Civil Rights accepted Pixl's complaint of prohibited discrimination against a Woman and Minority Owned firm.

Pixl has incurred damages of $ 3.6 million dollars. *See Exhibit 2*

Section 21.1 (d)

(1) Pixl requests a protective order to prevent the UDSA Forest Service from rejecting more valid invoices on the Infra project. Pixl also requests a protective order to prevent further reprisals from Forest Service, including, but not limited to, the termination of its contracts.

(2) Pixl requests the following documents to identify all contracting violations and to determine the resulting damages:

- All Forest Service payments to any vendor on the Infra project that invoiced the services of Mrs. Tah Yang since October 1, 1999.
- All contractual modifications since October 1, 1999 to the INFRA Project by Program Manager Tah Yang, Assistant Program Manager and Contracting Officer Representative (COR) Daryl Herman and Contracting Officers Roberta Buskirk, Vivian McPherson, Sally Williams, Lawrence C. Carter, Gayle Strickland, Laura Hinshaw, and Robert Jaeger concerning all prime contractors, including, but not limited to IRM, Logicon, Northrop Grumman, Pixl, and Elite.
- The position description of and performance plan for Infra Program Manager Tah Yang and his rating official(s) and reviewing official(s).

- The position description of and performance plan for Infra Assistant Program Manager and Contracting Officer Representative (COR) Daryl Herman and his rating official(s) and reviewing official(s).
- The position description of and performance plan for Infra personnel Jennie Kleinberg and her rating official(s) and reviewing official(s).
- All email communications to and from Tah Yang since October 1999.
- All email communications to and from Daryl Herman since October 1999.
- All email communications to and from Jay Stephens since October 1999.
- All email communications to and from Jennie Kleinberg since October 1999.
- All email communications to and from John Graney since October 1999.
- All email communications to and from Vivian McPherson since October 1999.
- All email communications to and from Lawrence C. Carter since October 1999.
- All email communications to and from AQM general email since October 1999.
- All email communications to and from Robert Jaeger since March 2003.
- All the announcements and proposals that have been submitted for the Infra. I-Web, and CPAIS projects.
- All invoices, including IRM, on the INFRA/ I-Web/ CPAIS projects since October 1, 1999.
- All payments made by the Forest Service on the INFRA/ I-Web/ CPAIS projects, including to IRM, since October 1, 1999.

*(3)* Pixl requests a hearing to resolve inconsistent positions taken by various USDA Forest Service officials, including, but not limited to the taking away of Pixl consultants, and the denial for Pixl to backfill these labor categories or absorb other labor category positions as the 8(a) prime on the Infra Project. *See Exhibit 7 "Correspondence with USDA Inspector General."*

Section 21.1 (e) Pixl provides a certificate of service that it served by personal delivery this bid protest herein to the contracting agency, the USDA Forest Service.

Section 21.1 (f) Under separate cover, Pixl may submit a bid protest concerning the denial of the USDA Forest Service to allow consultants from other contractors to join Pixl on other projects. The Forest Service has placed Pixl at a competitive disadvantage as a Minority and Woman Owned firm by allowing IRM and Elite to snatch Pixl consultants. Pixl's non-compete clauses with its consultants have not been honored. Pixl has not been able to compete for consulting positions with IRM or other Infra contractors on an even playing field because of the agency's prohibited *animus*. The Forest Service effectively deters consultants who wish to return to Pixl from rejoining Pixl payroll.

Section 21.1 (g) Pixl requests full agency disclosure without redaction and will make no redactions itself.

Section 21.1 (h) Pixl is unaware of any relevant document that should be redacted or denied in full because of its being classified as National Security Information (NSI) or Restricted Data (RD).

Section 21.1 (i) In light of denial of documents within the scope of pending FOIA requests, Pixl requests a comprehensive report by Rob Jaeger or his successor contracting officer(s) on the Infra Project.

Thank you for your review of this protest and consideration of the relief requested.

Respectfully submitted,

David B. Nolan, Esq.
Legal Representative for Pixl, Inc.

**Certificate of Service**

A copy of this bid protest was mailed on April 14, 2007, to the following:

Procurement Law Control Group
General Counsel
Government Accountability Office
441 G Street, NW
Washington, D.C. 20548

Abigail Kimbell
Chief, USDA Forest Service
1400 Independence Ave., SW
Washington, DC 20250

Barbara Benninghoff
Contracting Officer
U.S. Forest Service
1400 Independence Ave., SW Mail Stop 1138
Washington, D.C. 20250

Date: April 14, 2007

David B. Nolan, Esq.

## Exhibits

1. Pixl Infra Contract Award 2004 and 1999
2. Response from Daryl regarding Pixl's enquiry for FY 05 proposal
3. Infra project award for option year 2007
4. Emails, dated 8/23/06 and 8/02/06, from COR Daryl Herman, for FY 2007 vendors proposals
5. Email dated 9/22/06 and attached task order from Daryl Herman for FY 2007 option year
6. Emails from Infra CO, COR and threatening and extorting emails from John Graney – mostly over USDA Forest Service phone and Internet wires
7. Correspondence with USDA Inspector General
8. Correspondence with Kenneth Baisden, Jr., USDA Office of Civil Rights
9. Correspondence with USDA General Counsel, Marc Kesselman
10. Correspondence with GSA Inspector General
11. Correspondence with SBA regarding Pixl's 8(a) extension request