# In the United States Court of Federal Claims

**No. 07-827C**
**(Filed: March 17, 2008)**

| | |
|---|---|
| * * * * * * * * * * * * * * * * * | |
| | * |
| **PIXL, INC.,** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |
| * * * * * * * * * * * * * * * * * | |

## ORDER

On February 5, 2008, defendant filed a motion to dismiss the above-captioned matter. Court records indicated that plaintiff's response, which was due on March 7, 2008, has yet to be filed. Plaintiff shall have until **Monday, March 24, 2008** to file its response. If a response is filed, defendant's reply will be due in accordance with the rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge