# In the United States Court of Federal Claims

**No. 07-827C**
**(Filed: March 28, 2008)**

* * * * * * * * * * * * * * * * *
**PIXL, INC.,** *
**Plaintiff,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * *

**ORDER**

Plaintiff has failed to file its response to defendant's motion to dismiss in accordance with the court's March 17, 2008 order. Plaintiff shall have until Friday, April 4, 2008, to **SHOW CAUSE** why this case should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge