# In the United States Court of Federal Claims

**No. 07-827C**
**(Filed: April 8, 2008)**

* * * * * * * * * * * * * * * * *
*
**PIXL, INC.,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Court records indicate that plaintiff has failed to comply with the court's March 28, 2008 order to show cause why this case should not be dismissed for lack of prosecution. Accordingly, the Clerk of the Court is directed to enter judgment dismissing the complaint pursuant to Rule 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge