# In the United States Court of Federal Claims

**No. 07-827 C**

**PIXL, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed April 8, 2009,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, pursuant to Rule 41(b) for failure to prosecute.

John S. Buckley
Acting Clerk of Court

**April 9, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.